B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wallace, Jr., David Gordon** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Dave Wallace** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all):   **xxx-xx-1027** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**1634 Brookstone Lane**<br>**Sugar Land, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **77479** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fort Bend** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Chapter of Bankruptcy Code Under Which the Petition is Filed   (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**      **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **David Gordon Wallace, Jr.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>                                                                                  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 4179551378)*

B1 (Official Form 1) (04/13)

Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):   **David Gordon Wallace, Jr.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ David Gordon Wallace, Jr.
_____
   **David Gordon Wallace, Jr.**

**X** _____

_____
Telephone Number (If not represented by attorney)

**3/24/2015**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Janet Casciato Northrup
_____
   **Janet Casciato Northrup**      Bar No. **03953750**

**Law Offices of Janet S. Northrup, PC**
**Three Allen Center**
**333 Clay, Suite 2835**
**Houston, Texas 77002**

Phone No. **(713) 328-2888**      Fax No. **(713) 351-0333**

3/24/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
_____

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **David Gordon Wallace, Jr.**                    Case No. _____
                                                                                    (if known)

                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **David Gordon Wallace, Jr.**                                       Case No. _____

                                                                                          (if known)

                 Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:       *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David Gordon Wallace, Jr.** _____
                                      David Gordon Wallace, Jr.

Date: _____**3/24/2015**_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **David Gordon Wallace, Jr.**

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/24/2015 _____

Signature  _/s/ David Gordon Wallace, Jr._____
David Gordon Wallace, Jr.

Date _____

Signature _____

Adventure Playground Systems
10845 Church Lane
Houston, TX 77043


Alex Trevino
1100 Uptown Park Blvd., #213
Houston, TX 77056


Alisa Jones
16 Green Ridge Forest Court
The Woodlands, TX 77381


Allison Cameron
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Allison Kolle
7260 Walling Lane
Dallas, TX 75231


Ally Financial
P.O. Box 8104
Cockeysville, MD 21030


Amegy Bank
P.O. Box 3029
Houston, TX 77253


American Express
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355


American International Alliance, LP
8108 Old Hixon Road
Tampa, FL 3366-2301

AMI - Association Management, Inc.
2204 Timberloch Place, Suite 180
The Woodlands, TX 77380


Anderson Engineering, Inc.
2045 W. Woodland
Springfield, MO 65807


Andrew M. Goforth
The Taylor Law Offices, PC
4550 Post Oak Place Drive, Suite 241
Houston, TX 77027


Andrews Meyers Coulter & Cohen, PC
3900 Essex Lane, #800
Houston, Texas 77027-5198


Anita Chandler
P.O. Box 7411
Baytown, TX 77522


Anita Chandler
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Antonio Vaccaro
5702 Rabb Ridge
Houston, TX 77469


Arthur Laffer
2909 Poston Avenue
Nashville, TN 37203


Arthur Laffer
Laffer & Associates
103 Murphy Court
Nashville, TN 37203

Arthur Lawrence Exceptional Resources
11233 Shadow Creek Parkway, Suite 313
Pearland, TX 77584


Arthur Mixon
107 Nobleman Lane
Lafayette, LA 70508


Artisan Communications
12400 State Highway 71 West
Suite 350-407
Austin, TX 78738


Arvest Bank
P.O. Box 799
Lowell, AR 72745


Audrey Horstman
21 Elannchester Lane
Manchester, MO 63011


Austin Avenue Contribution Company, LLC
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478


Axis Point Developers, LLC
916 Herkimer
Houston, TX 77008


B & J Construction, LLC
18699 CR 260
Oronogo, MO 64855


B.G. Patel
4915 Willow Street
Bellaire, TX 77401

Babette Dorsha
2728 CR 950
Alvin, TX 77511


Bain & Barkley
14090 Southwest Freeway, Suite 450
Sugar Land, TX 77478


Barbara Ploetz
3013 Dianne Drive
Middleton, WI 53562


Barbara Wantland-House
11111 Grant Road, Apt. 825
Cypress, TX 77429


Barco Premium Fiance
P.O. Box 231
Turners, MO 65765


BBVA Compass Bank
P.O. Box 77210
Houston, TX 77210


Berg Oliver Associates, Inc.
14701 St. Mary's Lane, Ste. 400
Houston, TX 77079


Betty Gauntt
6302 Cog Hill Drive
Pasadena, TX 77505


Bhaskar Patel
14302 Grace Meadow Lane
Sugar Land, TX 77498

Bill Covey
19518 Meadow Rose Court
Kingwood, TX 77346


Bill Ewing
615 Oliver Court
Corpus Christi, TX 78408


BJ Sassaman
2007 Seamist Court
Houston, TX 77008


Blake Taylor
9850 Highway 6 South
Sugar Land, TX 77478


Bohreer & Zucker, LLP
Two Greenway Place, Suite 600
Houston, TX 77046


Boyar & Miller, PC
4265 San Felipe, Suite 1200
Houston, TX 77027


Brannon Kuykendall
14 Fury Ranch Place
The Woodlands, TX 77389


Brenda Horlander
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Brian Grimm
3706 Indian Mound Court
Crosby, TX 77532

Bridgestone Municipal Utility District
Attn: Kenneth Byrd, Tax Assessor
P.O. Box 73109
Houston, TX 77273-3109


Bruce J. Anderson
3615 Red Fox Run
Joplin, MO 64804


Bruce J. Anderson
c/o Bruce Alan Copeland
P.O. Box 2845
Joplin, MO 64803-2845


Bruce Ruisard
67 S. Chandler Creek Circle
The Woodlands, TX 77381-4747


Bryan Stanley
18 Sweetwater Court
Sugar Land, TX 77479


Bubba Levy
3113 Prescott Street
Houston, TX 70025


Cadence Bank
845 N. Eldridge Parkway
Houston, TX 77079


Cadence Bank
P.O. Box 4938
Houston,TX 77210-4938


Capital One, N.A. Mastercard
Capital One Bank (USA) N.A.
P.O. Box 30285
Salt Lake City, UT 84130

Carlos Borbero
3718 Louvre Lane
Houston, TX 77082


Carlos Borbero
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Cathy Casso
18319 Magnolia Oaks Drive
Praireville, LA 70769


Center Point Energy
Houston Electric, LLC
2301 W. Gears Rd.
Houston, TX 77067


Chancel, LP
5555 Fellowship Lane
Spring, TX 77379


Charles & Courtney Blencke
2214 Stanford Street
Houston, TX 77006


Charles & Rita Jackson
3119 Spring Ridge Drive
Manvel, TX 77578


Charles Clements
P.O. Box 90661
Austin, TX 78709


Charles Garrido
3033 Chimney Rock Road, Suite 510
Houston, TX 77056

Charlotte McCavana
699 Old Lode Lane Solihull
West Midlands, England 15928NE


Chase Card
P.O. Box 15298
Wilmington, DE 19850


Chris Hanslik
Boyar Miller, P.C.
4265 San Felipe, #1200
Houston, TX 77027


Christine L. Bryant
2125 Pennsylvania
Joplin, MO 64804


City of Amarillo
509 S.E. Seventh Avenue
P.O. Box 1971
Amarillo, TX 79105-1971


City of Houston
Public Works & Engineering Dept.
P.O. Box 1562
Houston, Texas 77251


City of Houston
Building Inspections Mechanical Section
Elevator Group
P.O. Box 61167
Houston, TX 77208-1167


City of Joplin
602 South Main Street
Joplin, MO 64801


Clearwater Utilities, Inc.
22803 Schiel Road
Cypress, TX 77433

CNA Insurance
P.O. Box 790094
St. Louis, MO 63179


Community Bank & Trust
1800 Washington Avenue
Waco, TX 76703


Cornerstone Home Lending
1177 West Loop South, Ste. 200
Houston, TX 77027


Costa Bajjali
2911 Waters Lake Lane
Missouri City, TX 77459


Courtney Phelps
3419 Creekstone Drive
Sugar Land, TX 77479


Creekmont Plaza Partners, GP
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478


Creekmont Plaza Partners, LP
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


D & R Signs, LLP
12999 Murphy Rd., Bldg J
Stafford, TX 77477

Dale & Tana Trahan
107 Oak Alley
Lafayette, LA 70508


Dan Gunderson
19622 Emerald Ridge Lane
Houston, TX 77094


Daniel Frishberg
8855 Collins Avenue, Apt. 5B
Surfside, FL 33154-3452


Dannenbaum Engineering Company - Houston
P.O. Box 22292
Houston, TX 77227


David Glunt
5555 Followship Lane
Spring, TX 77379


David Smith
c/o The Frost National Bank
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027

David Spadafora
c/o Frost Bank
100 West Houston Street
San Antonio, TX 78205


David Talbott
3782 F 1/4 Road
Palisade, CO 81526-9330


David Wallace, Sr.
1 Bishop Gadsden Way, Cottage 21
Charleston, SC 29412

De Crosta Construction
24200 SW Frwy., #362
Rosenberg, TX 77471


Delaware Secretary of State
Delaware Division of Corp.
P.O. Box 5509
Birmingham, NY 13902-5509


Dennis & Carol Horstman
6511 Lussier Drive
Sugar Land, TX 77479


Dental Select
P.O. Box 301680
Dallas, TX 75303-1680


Dentons US, LLP
Dept. 3078
Carol Stream, IL 60132-3078


Desktop & Press
5402 Willers Way
Houston, TX 77056


Dharmesh A. Patel
12317 Bend Creek Lane
Pearland, TX 77584


Diane Collings
TR Dunn Trust
11607 Cherry Knoll
Houston, TX 77077


Dinesh Shah
One Sugar Lakes
4660 Sweetwater Blvd., Suite 300
Sugar Land, TX 77479

Don Taylor
9850 Highway 6 South
Sugar Land, TX 77478


Donald & Donna Barrett
14722 Atterbury Drive
Sugar Land, TX 77498


Donald & Martha Keil
809 Elm Street
Seguin, TX 78155


Donald & Martha Keil
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Douglas & Kate Shaffer
3005 Bayshore Drive
Baycliffe, TX 77518


Douglas & Kate Shaffer
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Douglas Fingold
2217 Fairpointe
League City, TX 77573


DPS, Inc.
Design Planning Systems, Inc.
5136 Chevy Chase
Houston, TX 77056


Dr. & Mrs. Joseph Miller
60 Champions Lane
San Antonio, TX 78257

Dr. Albert & Sathy Furtado
Crystal Sands Partners, LP
1506 E. Broadway, Suite 100
Pearland, TX 77581


Dr. Arthur Hadley
20303 Kingsland Blvd.
Katy, TX 77450


Dr. G. Vincent Bailey
1914 Johnson
Jennings, LA 70546


Dr. James Stewart
8707 Redbird Valley
San Antonio, TX 78229


Dr. Lawrence Joseph
4220 Riley
Houston, TX 77005


Dr. Lawrence Root
3901 Arnold
Houston, TX 77005


Dr. Sam Cherlo
43 Greenway View Trail
Kingwood, TX 77339


Dr. Venkat Veerisetty
6310 Goodlowe Park
Sugar Land, TX 77479


Duane Islet
11122 Brandon Gate
Houston, TX 77095

ECA Texas, Inc.
7010 S. Sioux Trail
Austin, TX 78729


Ed Fox
Industrial Info Resources
2277 Plaza Drive, Suite 300
Sugar Land, TX 77479


Ed Gray
1210 Elkins Lake
Huntsville, TX 77340


Ed L. Lewis, CPA
608 Rollingbrook
Baytown, TX 77521


Ed Lewis
Industrial Info Resource
2277 Plaza Drive, Suite 300
Sugar Land, TX 77479


Edenn L. Turtur
2303 Meadow Briar
Sugar Land, TX 77498


Elaine Kidd
P.O. Box 431511
Houston, TX 77243


Ellis & Donna Couch
11735 S. Canton Avenue
Tulsa, OK 74137


Ellis Couch
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098

Eric Rothenberg
9235 East Pemberton Circle Drive
Houston, TX 77025


Eric Wuellner
13013 Southwest Freeway
Stafford, TX 77477


Ethelyn & Donald Taylor
Ethelyn S. Taylor Trust
9850 Highway 6 South
Sugar Land, TX 77478


Ethelyn & Donald Taylor
Roger G. Taylor Deceased Trust
9850 Highway 6 S.
Sugar Land, TX 77478


Ewing Construction Company, Inc.
P.O. Box 4235
Corpus Christi, TX 78469


Fadi Matta
58 Old Woods Passage
Missour City, TX 77459


Financial Control Services
6801 Sanger Avenue, Ste. 195
Waco, TX 76710


First Bank
Attn: Elaine Mason
9801 Westheimer, 11th Floor
Houston, TX 77042


First Stage Capital, Inc.
24040 Camino Del Avion, Suite A-344
Monarch Beach, CA 92629

Fitts Roberts & Co., P.C.
5718 Westheimer Road, #800
Houston, TX 77057


Fleishman Hillard, Inc.
P.O. Box 771733
St. Louis, MO 63177


Florence Reiley
1540 Montgomery Road
Bellaire, MI 49615


Florence Reiley
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Fort Bend County Tax Office
1317 Eugene Heimann Circle
Richmond, Texas 77469


Fort Bend County Tax Office
P.O. Box 1028
Sugar Land, TX 77487-1028


Fountains & Statuary
11804 Hempstead Rd.
Houston, TX 77092


Four and One, LLC
6506 Glenn Lakes Dr.
Houston, TX 77069


Fred Shuffler
18815 Big Cypress Drive
Spring, TX 77388

Fullenweider Wilhite
4265 San Felipe Street, Suite 1400
Houston, TX 77027


Gary & Brenda Luquette
88 Benthaven Isle
Montgomery, TX 77356


Gary Box
1518 Whispering Oaks Drive
Joplin, MO 64801


Gary Miles
2600 Brightwork Way
The Woodlands, TX 77380


Gary Seever
9418 Highmeadow
Houston, TX 77063


GBI Partners, LP
13340 S. Gessner Road
Missouri City, TX 77489


GE Pasier & Associates, Inc.
11320 S. Kolbe Circle, #100
Cypress, TX 77429


Gene & Regina Jensen
170 Woodpecker
Livingston, TX 77351


Gensler
P.O. Box 848279
Dallas, TX 75284-8279

George & Marene Tompkins
12021 Winwood
Houston, TX 77024


George & Marene Tompkins
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


George Lingenfelder
1530 Abby Aldrich
Katy, TX 77449


Gerald & Andrea Crouch
Post Oak Family, LP
11874 Wurzbach
San Antonio, TX 78230


Gerald Crouch
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Geraldine Willis
John Willis Equity Investment
2306 Colby Lodge Drive
Katy, TX 77450


Gerry Dubin
1716 Montrose
Houston, TX 77006


GIDCO GP, LLC
14550 Torrey Chase Blvd.
Houston, TX 77014


Gill Dolan
2200 West Loop South, Suite 600
Houston, TX 77027

Glenn & Anna Latta
4060 South Hwy. 77
Rockdale, TX 76567


Glunt Investment & Development Co, Inc.
5555 Fellowship Lane
Spring, TX 77379


Good All Construction, LLC
314 Village Creek
Webster, TX 77598


Granite Tower at Sugar Creek
GPI-M Sugar Creek, LP
P.O. Box 202399
Dallas, TX 75320-2399


Greatwood Homeowner's Association
8802 Greatwood Parkway
Sugar Land, TX 77479


Greens Bayou Corridor Coalition
16945 Northchase Dr., #1900
Houston, TX 77060


Gregory N. Jackson
1006 Cheyenne Meadows
Katy, TX 77450


Gryphon Tenant, LLC
1027 S. Main, Suite 203
Joplin, MO 64180-2765


Hal Tompkins
P.O. Box 2290
George West, TX 78022

Hal Tompkins
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Hall Maines Lugrin, PC
Williams Tower
2800 Post Oak Blvd., Suite 6400
Houston, TX 77056


Hammer Technology
20826 Divellec Lane
Spring, TX 77388-3264


Hari Agrawal
Can Metals Limited
4800 Sugar Grove Blvd., Suite 475
Stafford, TX 77477


Harper Walker
20547 Crosby Eastgate Road
Crosby, TX 77532


Harris County MUD #24
P.O. Box 73109
Houston, TX 77273


Harris County MUD #24
ETI Accounting Services
17111 Rolling Creek Dr., #108
Houston, TX 77090


Harris County Tax Assessor Collector
P.O. Box 4622
Houston, TX 77210-4622


Harry McCalla
105 Britain Circle
Laffayetta, LA 70508

Heartland Technology Solutions
1110 Morningview Drive
Harlan, IA 51537


Henry Moseley, II
212 Lantana Court
Broussard, LA 70518-7619


Holt & Young, PC
9821 Katy Freeway, Suite 350
Houston, TX 77024


Hoover Slovacek, LLP
P.O. Box 4547
Houston, TX 77210


Horlander, LLC
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Houston Frazier
3627 Spruce Bay Drive
Kingwood, TX 77345


Houston Lock & Mailboxes
3407 Mercer Street
Houston, TX 77027


Humana Insurance Company
P.O. Box 560
Carol Stream, IL 60132


Husch Blackwell
P.O. Box 802765
Kansas City, MO 64180-2765

```
Internal Revenue Service
Insolvency Section
1919 Smith Street
Stop 5024 HOU
Houston, Texas 77002

Ivan Curiel
Janice Gray
5604 Rose Street
Houston, TX 77007


J Signs
20842 US Hwy 59, Suite I
New Caney, TX 77357


Jack Molho &  Associates
P.O. Box 16969
Sugar Land, TX 77496


Jacob Tsabar
5734 Rutherglenn Drive
Houston, TX 77096


Jacqueline Marie Wallace 1996 Sub-S Trus
Trustee Nancy Gollan
1634 Brookstone Lane
Sugar Land, TX 77478


Jaime Lopez
5815 Grapevine Street
Houston, TX 77085


James & Carol Maas
5511 Todville Road
Seabrook, TX 77586


James & Patricia Stewart
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098
```

James Burnett
11233 Shawdow Creek Parkway, Suite 223
Pearland, TX 77584


James Colling
1105 Essex Court
Seabrook, TX 77586


James Gibson
925 E. 3rd Street
Crowley, LA 70526


James P. O'Neal
118 Kincaid Court
Lafayette, LA 70508


James Pier
810 Commons Lakeview Drive
Huffman, TX 77336


Janice Gray
3350 McCue Road, #1403
Houston, TX 77056


Jeffrey Wilson
28310 Woodsons Lake Drive
Spring, TX 77386


Jennifer Dawn Wallace
1634 Brookstone Lane
Sugar Land, Texas 77479


Jenny L. Prejean
192 Washboard Avenue
Ball, LA 71405

Jim Beamon
2603 Augusta Drive
Houston, TX 77057


Jim Harrell
Carolyn Graves
2404 Driscoll Street
Houston, TX 77019


Joanna Koong
2731 Oakland Drive
Sugar Land, TX 77479-3027


Joanne Cassidy
David Selter
10022 Overbrook Lane
Houston, TX 77042


John Dienes
4240 Prescott Avenue, Unit 3A
Dallas, TX 75219


John Dosier
10 Heartleaf Court
The Woodlands, TX 77381


John F. Howell, Jr., Trustee
2901 Bammel Lane, Unit 14
Houston, TX 77098


John Schreiber
13 Field Point
Trabuco Canyon, CA 92679


John Willis
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098

Johnny & Betty Gauntt
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Jose Huerta
9311 Willow Meadow
Houston, TX 77031


Joseph & Dianne McCarthy
2 Cassowary Lane
The Woodlands, TX 77380


Joseph Esch
2911 Tahoe Basin
Missouri City, TX 77459


Joseph L. Richard
192 Deacon John Road
Church Point, LA 70525


Joseph Miller
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Joseph Miller
d/b/a Nada Por Nada, LTD
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098

K&L Gates, LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067


Kalikow Equity Partners, LLC
7001 Brush Hollow Road, Suite 200
Westbury, NY 11590

Karen Love
11729 Palm Road
Neosho, MO 64850


Karen McElligott
6426 Crystal Point
Missour City, TX 77459


Karl Lothmann
2607 Droxford Drive
Houston, TX 77008


Kathy Wingo
1442 West Bellfort, Unit 212
Sugar Land, TX 77498


Kay Parker
Fitts Roberts
5718 Westheimer, Suite 800
Houston, TX 77057


Kevin J. Deering
8090 Steeplechase Circle
Argyle, TX 76226


Kevin J. Deering
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Killian Construction Company
2664 E. Kearney
Springfield, MO 65803


Klein Independent School District
7200 Spring-Cypress Road
Klein, Texas 77379-3299

Klene & Bratsakis Core Benefits
Agency Partner
14339 Torrey Chase Blvd., #F
Houston, TX 77014


Kohur Subramanian
48 Glen Loch Court
Sugar Land, TX 77479


Kohur Subramanian
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Kurt Everson
707 Oyster Shell Court
Missouri City, TX 77459


Kurt Everson
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Laffer Frishberg Wallace Economic
Opportunity Fund, L.P.
1200 Soldiers Field Drive, Suite 20
Sugar Land, TX 77479


Lake Management Services, LP
1650 Highway 6 South, Suite 430
Sugar Land, TX 77478-7928


Lakeland Office Systems, Inc.
P.O. Box 1029
Miami, OK 74355-1029


Lamar CISD
1317 Eugene Heimann Circle
Richmond, Texas 77469

Larry Forney
1919 Mossback Circle
Fresno, TX 77545


Larry W. Mullins
805 Enchanted Oaks Drive
Angleton, TX 77515


Larry W. Mullins
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


LECS, Ltd.
11226 Jones Rd. West
Houston, TX 77065


Leslie Lurey
1141 Kempton Park Lane
Fairview, TX 75069


Linda Lord
5310 Inker Street
Houston, TX 77007


Linda S. Teeter Insurance Agency #90540
1321 Illinois
Joplin, MO 64801


Lippke Cartwright & Roberts
One Arena Place
7322 Southwest Freeway, Suite 1717
Houston, TX 77074


Loflin Environmental Services, Inc.
2020 Montrose Blvd., Suite 100
Houston, TX 77006

Lowery Bank
1100 Walnut Street, Box #11
Kansas City, MO 64106


M. Brannon & Michele Kuykendall
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


M2L Associates, Inc.
8955 Katy Freeway, Suite 300
Houston, TX 77024


Marcus Erickson
615 Oyster Shell Court
Missouri City, TX 77459


Marcus Erickson
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Marion Montgomery, Inc.
2412 South Blvd.
Houston, TX 77098


Mark Blanton
American International Alliance, LP
8108 Old Hixon Road
Tampa, FL 33626


Mark Hellinger
12 Greenway Plaza, Suite 1100
Houston, TX 77046


Martin Grosboll
5306 Blue Creek Drive
Humble, TX 77345

Martin Grosboll
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Mary Irvine
2750 Falcon Drive
Langmont, CO 80503


Matthew Sauder
c/o Fred Sauder
2217 Vienna Ter
Eau Claire, WI 54703


Mattox Terrel & Associates
1614 Ave. B
Katy, TX 77493


Medical Anesthesia Assoc., LLP
P.O. Box 926098
Houston, TX 77292-6098


MHI Partnership, Ltd.
Attn: Wade Bradow
7676 Woodway, Suite 104
Houston, TX 77063


Michael & Rosalee Mierzwa
1103 Peregrine Drive
Friendswood, TX 77546


Michael Baduzi
4400 Ambassador Daffery Pkwy., Suite A
Lafayette, LA 70508


Michael Dorsey
9607 Tarragon Lane
Houston, TX 77036

Michael Hazelwood
5519 Cobble Lane
Spring, TX 77379


Michael Vining
1208 Nashua Street
Houston, TX 77008


Micheal Wray
719 Austin Avenue, Suite A
Waco, TX 76701


Mike Sullivan, Tax Assessor-Collector
P.O. Box 4622
Houston, TX 77210-4622


Moody Rambin Interest
1455 West Loop South, Suite 700
Houston, TX 77027


Morris Wolf
P.O. Box 152316
Cape Coral, FL 33915


Murphy Road Development
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478


Nancy V. Gollan
1626 Beaconshire Road
Houston, TX 77077


Neal Jain
17 St. Peters Walk
Sugar Land, TX 77479

Ness Design Group Architects
1821 East 4th Street
Joplin, MO 64801


New Prime, Inc.
2740 N. Mayfair
Springfield, MO 65803


Nexxt Level Consulting
3403 Walden Creek Lane
Pearland, TX 77581


NiteLites of Houston
c/o Rob Greening
12202 Pine Shadowes Lane
Pinehurst, TX 77362


NSJS, LTD Partnership
c/o David Anderson
Rogers  & Anderson, P.L.L.C.
1415 N. Loop West, Suite 1020
Houston, TX 77008

NSJS, LTD Partnership
P.O. Box 23248
Waco, TX 77027


NW Harris County MUD No. 15
11111 Katy Fwy., Ste. 725
Houston, TX 77079-2197


Office Depot
P.O. Box 88040
Chicago, IL 60680


One Sugar Lakes Professional Centre Part
c/o Paul J. Brown
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002

Pace Concrete, LTD
14530 Wunderlich, Suite 202
Houston, TX 77069


Pakis, Giotes, Page & Burleson, P.C.
P.O. Box 58
Waco, TX 76703-0058


Patrick & Norma Thonen
4523 Red Yucca Drive
Katy, TX 77494


Paul & Jennifer Pepitone
16858 Amberwood Drive
Baton Rouge, LA 70810


Paul & Simona Williams
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Paul Williams
3324 University Blvd.
Houston, TX 77005


Pedro's Landscape & Tree Service
13802 Stone Shire St.
Houston, TX 77037


Pennington & Company, LLC
33 Graystone
Laguna Niguel, CA 92677


PGAV Planners
Peckham Guyton Albers & Vivets, Inc.
200 North Freeway, Suite 1000
St Louis, MO 63102

Phillip & Alisa Jones
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098

Phillip Jones
16 Green Ridge Forest Court
The Woodlands, TX 77381

Phonoscope Services, Inc.
6105 Westline Drive
Houston, TX 77036

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

Post Oak Family, LP
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098

Preventive Services LP
P.O. Box 1969
Spring, TX 77383

Principal Financial Group
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

Provident Engineers, Inc.
8406 Buffalo Creek Drive
Richmond, TX 77406

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


R.G. Miller Engineers, Inc.
12121 Wickchester Lane, Suite 200
Houston, TX 77079


R.J. Simper
2685 Rolling Hills Road
Conroe, TX 77303


Raman & Hanna Mocharla
2442 Fairbreeze Drive
Katy, TX 77494


Ramesh & Sailja Konduri
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Ramesh Konduri
11339 Pampass Pass
Houston, TX 77095


Ramon & Doralice Garrido
1312 Sugar Creek Blvd.
Sugar Land, TX 77478


Randall DePue
3130 Walnut Bend Lane, #413
Houston, TX 77042


Raymond A. Braeswell
16695 B Highway
Smithville, MO 64089

Raymond Warner
25802 Timber Lakes Drive
Spring, TX 77380


Raymond Warner
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Regina Lederman
3607 Gramercy Street
Houston, TX 77025


Richard & Mary Burkhardt
14330 Ridge Lane
Malakoff, TX 75148-3386


Richard Burkhardt
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Richard J. Kadlick
3015 Georgetown
Houston, TX 77005


Richard J. Kadlick
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Richard Reiley
119 West Asby Place
San Antonio, TX 78212


Robert & Brenda Horlander
1553 Lamonte
Houston, TX 77018

Robert Beamon
2603 Augusta, Suite 1050
Houston, TX 77057


Robert Beaver
12580 Piping Rock, No. 69
Houston, TX 77077


Robert P. Ficks
4514 Saint Michaels Court
Sugar Land, TX 77479


Robert P. Ficks
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Robert Resch
108 Heart Pine Circle
Summerville, SC 29485-6272


Robert Schumacher
16134 N. Gallaugher Rd.
Jennigns, LA 70546


Robert Tanner
1902 Barons Glen
Sugar Land, TX 77478


Roberts Markel, PC
2277 Plaza Drive, Suite 290
Sugar Land, TX 77479


Rocio Caballero
10211 Grape Creek Grove Lane
Cypress, TX 77433

ROKO Enterprises, LLC
6606 Twin Leaf Drive
Spring, TX 77379


Ron & Emily Bass
2028 Driscoll Street
Houston, TX 77019


Ron Ellisor
13322 Scenic Glade Drive
Houston, TX 77059


Ronald & Lavonne Ellisor
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Ronald Martens
2314 Juanita
Deer Park, TX 77536


Rosemary Mascarenhas
4434 Jamaica Drive
Sugar Land, TX 77479


Sanjiv & Renu Khanna
4411 Wentworth Avenue
Sugar Land, TX 77479


Sean Reed
8031 Cross Trail
Sugar Land, TX 77479


Sean Reed
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098

Shalik, Morris & Company, LL
80 Crossways Park Dr.
West Woodbury, NY 11797


Shas Graphics
13003 Murphy Road, Suite B-6
Stafford, TX 77477


Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Drive
Waco, TX 76710


Silt Solutions, Inc.
1905 Grand Willow Lane
Richmond, TX 77469


Simon Hughes
The Hughes Law Firm
230 Westcott, Suite 100
Houston, Texas  77007


Siraj Jiwani
2806 Sable Drive
Pearland, TX 77584


Spiegel Partners
Attn: Jordan Spiegel
14 Monarch Bay Plaza, Suite 163
Dana Point, CA 92629


Sprint Fort Bend County Landfill, LP
P.O. Box 940339
Houston, TX 77094-77339


Steve Cook
1503 Sheltons Bend
Houston, TX 77077

Steve Trevino
Mesa Asset Mgt., LLC
3423 Onion Creek
Sugar Land, TX 77479


Steven & Susan Moskowitz
14027 Memorial Drive #154
Houston, TX 77079


Steven Bain
Steven Bain Law Offices
12620 Tesson Ferry Road, Suite 121
St. Louis, MO 63128


Steven Cook
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Steven Prevost
1400 Woodloch Forest Drive
The Woodlands, TX 77380


Steven Prevost
15000 West Airport Blvd., Apt #1222
Sugar Land, TX 77498


Stilley Partners
Attn: Charles P. Stilley
14004 Canterbury
Leawood, KS 66224


Stouffer Communications
115 Neosho Blvd., Suite C
Neosho, MO 64850


Sugar Creek/EPG, LLC
P.O. Box 205086
Dallas, TX 75320-5086

Sugar Land Courier Services
PMB #332
14019 Southwest Freeway #301
Sugar Land, TX 77479


Sunbelt Reporting & Litigation Services
13101 Northwest Freeway, Suite 210
Houston, TX 77040


Tallas Insurance Company
9100 Southwest Freeway, Ste. 255
Houston, TX 77074


Tara Wikoff
1881 Bering Drive, #51
Houston, TX 77057


Tasser Badar
ZT Group
11233 Shadow Creek Parkway, Suite 400
Pearland, TX 77584


TCO Integrated Solutions
d/b/a The Compliance Office
P.O. Box 691967
Houston, TX 77269


Terracon Consultants, Inc.
P.O. Box 843358
Kansas City, MO 64184-3358


Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, Texas 78714-9348


The Frost National Bank
c/o David Smith
4646 Wild Indigo, Suite 110
Houston, TX 77027

The Holoway Jones Law Firm, PLLC
c/o Lowery Bank
407 Julie Rivers Drive
Sugar Land, TX 77478


The Murillo Co., Inc.
10325 Landsbury, #400
Houston, TX 77099


The Taylor Law Offices
4550 Post Oak Place, Suite 241
Houston, TX 77027


Thomas L. Taylor
4550 Post Oak Place Drive, Suite 241
Houston, TX 77027


ThyssenKrupp Elevator
14820 Tomball Parkway, Ste. 190
Houston, TX 77086


Timothy B. Koehl
1956 Norfolk Avenue
Houston, TX 77098


Timothy B. Koehl
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Tom Hooke
1003 Majestic Oak
Richmond, TX 77469-2014


Tomball ISD - Tax Assessor
P.O. Box 276
Tomball, Texas 77377-0276

Tompkins 2007 Family Partnership
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098


Tracey Martin
Martin Law Office, PC
430 W. 7th Street
Joplin, MO 64801


TriPoint Capital Advisors
Attn: Michael Boswell
400 Professional Drive #310
Gaitherburg, MD 20879


Twin Oaks Lawn & Tree Service
9519 Magnolia Ridge Dr.
Houston, TX 77070


U.S. Conference of Mayors
1620 Eye Street
NW 4th Floor
Washington, DC 20006


U.S.A. Print
311 East 7th Street, Suite A
Joplin, MO 64801


Virginia Acquistions, LLC
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478


Wallace Bajjali Development, L.P.
1200 Soldiers Field Drive, Suite 20
Sugar Land, TX 77479


Wallace Bajjali Investment Fund, II, LP
1200 Soldiers Field Drive, Suite 20
Sugar Land, TX 77479

Wallace Bajjali Management, L.L.C.
13131 Dairy Ashford, Ste. 175
Sugar Land, TX 77478


Wallace Minor's Trust
1634 Brookstone Lane
Sugar Land, Texas 77479


Wallace Minor's Trust
13131 Dairy Ashford, Suite 175
Sugar Land, Texas 77478


Wauson & Probus
c/o Will Perry Trust
One Sugar Creek Center Blvd., Suite 880
Sugar Land, TX 77478


Wayne English
4849 Blue Cap Court
Mesquite, TX 75181-4960


WB Real Estate Holdings, LLC
1200 Soldier's Field Drive, Suite 20
Sugar Land, TX 77479


WB Real Estate Holdings, LLC
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478


WB Real Estate Holdings, LLC
c/o David B. Giles
Law Offices of David B. Giles
Meadow Park Tower
10440 N. Central Expressway, Suite 1030


WB Substitute GP, L.L.C.
13131 Dairy Ashford, Ste. 175
Sugar Land, TX 77478

WC Perry Properties, LP
One Sugar Creek Blvd., Ste 925
Sugar Land, TX 77478


Wesley & Merilyn Dupuy
12595 LaBelle
Beaumont, TX 77705


West Houston WB Realty Fund, LP
1200 Soldier's Field Drive, Suite 20
Sugar Land, TX 77479


Weycesr, Kaplan, Pulaski & Zuber, PC
11 Greenway Plaza, Ste. 1400
Houston, Texas 77046


Whitney Leigh Wallace 1996 Sub-S Trust
Trustee Nancy Gollan
1634 Brookstone Lane
Sugar Land, TX 77479


William & Kate Bush
Bush Family Living Trust
2518 Potomac Drive, Apt. C
Houston, TX 77057


Youssef Boutrous
763 Windbreak Trail
Houston, TX 77079


Zeno Imaging
10688 Haddington Drive
Houston, TX 77043


Zilker Capital, LLC
515 Congress Aveneue, Suite 1515
Austin, TX 78701

ZT Global
11233 Shadow Creek Parkway, Suite 300
Pearland, TX 77854


ZT Wealth Development, L.P.
11233 Shadow Creek Parkway, Suite 300
Pearland, TX 77584