**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re:  David Gordon Wallace Jr.

Case No.: 15–31594

**ENTERED**
**03/25/2015**

Debtor

Chapter:  7

*NOTICE AND ORDER REGARDING MOTIONS TO LIFT STAY*

The Attorney who signs a Motion to Lift Stay must personally appear in Court at all hearings relating to the motion unless an agreed order has been filed with the Clerk of Court at least two (2) business days prior to the scheduled hearing. The attorney who signs the motion may not send another attorney in lieu of appearing personally. Sanctions may be imposed for failure to personally appear.

It is so ORDERED.

Signed and Entered on Docket: 3/25/15

_____
JEFF BOHM
United States Bankruptcy Judge