## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DAVID GORDON WALLACE, JR.,** | § | **CASE NO.  15-31594** |
| | § | **(Chapter 7)** |
| **Debtor** | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
### 9010(b) COMBINED WITH REQUEST FOR ALL COPIES
### PURSUANT TO BANKRUPTCY RULE 2002(a) and (b)

**Frost Bank, formerly known as The Frost National Bank,** hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon its attorney-of-record:

L. David Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone:  (713) 800-8604
Facsimile:  (713) 622-1026
Email: smith@csrslaw.com

This request for notices encompasses all notices, copies and pleadings, including, without limitation, to those referred to in Bankruptcy Rules 2002 or 9007, and notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

Respectfully submitted this 25th day of March, 2015.

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

  /s/ L. David Smith
L. DAVID SMITH
TBA No. 18639300
4646 Wild Indigo, Suite 110
Houston, Texas  77027
Telephone:    (713) 800-8604
Facsimile:    (713) 622-1026
Email: smith@csrslaw.com
**Attorneys for Frost Bank**

## CERTIFICATE OF SERVICE

I, L. David Smith, hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy Rule 9010(b) Combined with Request for all Copies Pursuant to Bankruptcy Rule 2002(a) and (b) has been served upon the parties listed below either by first class mail, postage prepaid, or electronic filing as indicated on the 25th day of March, 2015:

**DEBTOR:**
David Gordon Wallace, Jr.
1634 Brookstone Lane
Sugar Land, TX 77479
*Via 1st Class U.S. Mail*

**DEBTOR'S COUNSEL:**
Janet S. Casciato-Northrup
Law Offices of Janet S. Northrup, P.C.
333 Clay, Suite 2835
Houston, TX 77002
Telephone: (713) 328-2833
Facsimile: (713) 351-0333
Email: tsimpson@hwa.com
*Via Electronic Filing*

**U.S. TRUSTEE:**
U. S. Trustee
Bob Casey Federal Building
515 Rusk, 3rd Floor, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
*Via Electronic Filing*

  /s/ L. David Smith
L. DAVID SMITH