UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  DAVID GORDON WALLACE, JR. | § | CASE NO. 15-31594-H4-7 |
| | § | |
| AKA DAVE WALLACE | § | |
| | § | |
| | § | CHAPTER 7 |

# DAVID GORDON WALLACE, JR.'S RESPONSE TO ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is David Gordon Wallace, Jr.  I am a debtor in this bankruptcy case.  I declare that I did not receive any payment advices or other evidence of payment from any employer during the sixty (60) days before the date of filing of the bankruptcy petition.  If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2015

*/s/ David Gordon Wallace, Jr.*
David Gordon Wallace, Jr.