UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No.  15-31594-H4-7 |
| **DAVID GORDON WALLACE JR.** § | |
| § | Chapter 7 |
| *Debtor* § | |

### NOTICE RESETTING 11 U.S.C. § 341 MEETING OF CREDITORS

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

Please take notice that the meeting of creditors in the above case has been re-scheduled for **Tuesday, May 5, 2015 at 10:30 a.m.**  The meeting of creditors will be held at United States Bankruptcy Court, 515 Rusk Avenue, Suite 3401, Houston, Texas 77002.

Dated this 6th day of April, 2015.

Respectfully submitted,

/s/ *Janet S. Casciato-Northrup*
Janet S. Casciato-Northrup
State Bar of Texas No.03953750
Fed Id. No. 1609
LAW OFFICES OF JANET S. NORTHRUP, P.C.
333 Clay Street, Suite 2900
Houston, Texas 77002
Phone:         713-328-2833
Direct Fax:    713-351-0333
Fax:           713-759-6834

**ATTORNEY FOR DEBTOR
DAVID GORDON WALLACE JR.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2015, I sent a true and correct copy of the *Notice Resetting 11 U.S.C. § 341 Meeting of Creditors* to the following listed on the attached service list.

/s/ *Janet S. Casciato Northrup*
Janet S. Casciato Northrup

2912056-1:WALLACE:0001