To:  United States Bankruptcy Court

From:  Michael Hazelwood

Subject:  Change of address

United States Courts
Southern District of Texas
FILED

APR 10 2015

David J. Bradley, Clerk of Court

I received a letter for a Bankruptcy Case, Meeting of Creditors, & Deadlines **Case Number: 15-31594.** The notification was sent to old address:

Michael Hazelwood
5519 Cobble Lane
Spring, Texas  77379

Please change future notifications to new address:

Michael Hazelwood
19807 Sternwood Manor Dr.
Spring, Texas  77379

Would please notify me when change is completed.

*Michael Hazelwood* (signature)

Thank you,
Michael Hazelwood
281-723-2146
mhazelwood13@gmail.com