B6B (Official Form 6B) (12/07)

In re **David Gordon Wallace, Jr.**                                    Case No. **15-31594-H4-7**
                                                                                                  (if known)

### 1st AMENDED 4/10/2015
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | C | $14.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BBVA Compass Bank<br>DDA Account<br>Account ending 4880 | C | $42.42 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Mr. Wallace has an earnest money deposit in the amount of $10,000.00 with attorney Simon Hughes, pursuant to  buy-sell agreement with Costa Bajjali. Mr. Wallace is unsure of the present status of the deposit and its collectability. | H | $10,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Sectional Sofa | W | $150.00 |
| | | Love Seat | H | $50.00 |
| | | (4) Side Chairs | W | $100.00 |
| | | Coffee Table | W | $25.00 |
| | | Bookcase | W | $50.00 |
| | | CD Player | W | $20.00 |
| | | Color Television | J | $200.00 |
| | | iPad | W | $100.00 |
| | | TV Cabinet | H | $100.00 |
| | | (2) Lamps | J | $30.00 |
| | | Bench | W | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                     Case No.   <u>15-31594-H4-7</u>
                                                                                                    (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Side Table | H | $75.00 |
| | | Hutch | W | $75.00 |
| | | Art Table | C | $25.00 |
| | | Xbox Console and Games | C | $125.00 |
| | | Small Telelvision | C | $125.00 |
| | | (3) Lamps | C | $30.00 |
| | | Clock | C | $5.00 |
| | | Small Table | W | $10.00 |
| | | Stove | C | $100.00 |
| | | Refrigerator | C | $250.00 |
| | | Dishwasher | C | $50.00 |
| | | Microwave Oven | C | $50.00 |
| | | (3) Small Appliances | W | $100.00 |
| | | (4) Pots and Pans | W | $50.00 |
| | | Misc. Dishes and Glassware | W | $100.00 |
| | | Misc. Flatware | W | $10.00 |
| | | Sterling ware | W | $75.00 |
| | | (12) Piece Set of Crystal | W | $250.00 |
| | | (2) Tables and Chairs | C | $300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                          Case No.   <u>15-31594-H4-7</u>
                                                                                                           (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Buffet | C | $100.00 |
| | | Misc. Utensils and Knives | C | $215.00 |
| | | Bed | H | $250.00 |
| | | Dresser | W | $125.00 |
| | | Chest | W | $125.00 |
| | | Night Stand | W | $75.00 |
| | | Clock | C | $5.00 |
| | | (2) Lamps | W | $25.00 |
| | | Bench | H | $20.00 |
| | | Color Television | C | $75.00 |
| | | Bed | W | $150.00 |
| | | Dresser | W | $50.00 |
| | | Night Stand | W | $10.00 |
| | | Lamp | W | $10.00 |
| | | Desk | H | $20.00 |
| | | Bed | W | $200.00 |
| | | (2) Tables | W | $50.00 |
| | | Lamp | W | $10.00 |
| | | Floor Lamp | W | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                     Case No.    **15-31594-H4-7**
                                                                          (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bed | W | $150.00 |
| | | Dresser | W | $75.00 |
| | | Chest | W | $20.00 |
| | | Night Stand | W | $25.00 |
| | | Clock | C | $5.00 |
| | | Lamp | C | $5.00 |
| | | Mirror | W | $20.00 |
| | | Washer | C | $250.00 |
| | | Dryer | C | $250.00 |
| | | Misc. Garden tools | H | $50.00 |
| | | Misc. Electric tools | H | $50.00 |
| | | (50) Misc. Towels and Linens | C | $25.00 |
| | | Misc. Toilette Articles | C | $200.00 |
| | | (10) Sheets Sets | C | $30.00 |
| | | (2) Office Desks | H | $200.00 |
| | | (2) Bookshelves | H | $125.00 |
| | | (2) Chairs | H | $75.00 |
| | | (2) Computers | H | $250.00 |
| | | Printer | J | $15.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                    Case No.  **15-31594-H4-7**
                                                                  (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (2) Lamps | J | $20.00 |
| | | (2) Cell Phones | J | $150.00 |
| | | Rug | H | $25.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | (25) Misc. Framed Art and Wall Accessories | C | $250.00 |
| | | (5) Pieces of Luggage | C | $50.00 |
| | | (2) Mirrors | C | $60.00 |
| | | (104) Candlesticks and Accessories | C | $850.00 |
| | | (2) Sets of Patio Furniture | C | $120.00 |
| | | Misc. Photos and Frames | C | $120.00 |
| | | (6) Baskets | C | $50.00 |
| | | (5) Bicycles | C | $400.00 |
| 6. Wearing apparel. | | (12) Men's Suits | H | $240.00 |
| | | (50) Men's Shirts | H | $150.00 |
| | | (20) Pairs of Men's Pants and Shorts | H | $100.00 |
| | | (20) Pairs of Men's Shoes | H | $100.00 |
| | | (3) Men's Coats | H | $50.00 |
| | | (5) Men's Sweaters | H | $25.00 |
| | | (30) Men's Ties | H | $60.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                              Case No.   **15-31594-H4-7**
                                                                                    (if known)

### 1st AMENDED 4/10/2015
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest In Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (20) Men's Athletic Apparel | H | $60.00 |
| | | (25) Misc. Men's T-Shirts | H | $50.00 |
| | | (10) Women's Dresses - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $50.00 |
| | | (2) Women's Suits - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $20.00 |
| | | (50) Women Blouses - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $150.00 |
| | | (30) Pairs of Women's Pants - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $150.00 |
| | | (30) Pairs of Women's Shoes - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $90.00 |
| | | (4) Women's Coats - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $20.00 |
| | | (10) Women's Purses - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $80.00 |
| | | (20) Misc. Women's Scarves and Hats - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $60.00 |
| | | (15) Women's Skirts - [Wife's Separate Property] | W | $45.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **David Gordon Wallace, Jr.**                              Case No.   **15-31594-H4-7**
                                                                                      (if known)

**1st AMENDED 4/10/2015**
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | |
| | | (5) Belts - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $15.00 |
| | | (10) Pairs of Women's Shorts - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $30.00 |
| | | (5) Women's Formal Dresses - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $50.00 |
| | | (25) Women's Athletic Apparel - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $125.00 |
| | | (30) T-Shirts - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $60.00 |
| 7. Furs and jewelry. | | Men's Watch | H | $3,000.00 |
| | | Men's Wedding Ring | H | $75.00 |
| | | (3) Pairs of Men's Cufflinks | H | $150.00 |
| | | Women's Watch - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $250.00 |
| | | Women's Wedding Ring - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                            Case No.  <u>15-31594-H4-7</u>
                                                                                          (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (2) Women's Necklaces - [Wife's Separate Property]<br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $150.00 |
| | | Women's Ring - [Wife's Separate Property]<br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $250.00 |
| | | Misc. Women's Costume Jewelry - [Wife's Separate Property]<br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $350.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Camera - [Wife's Separate Property]<br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $200.00 |
| | | Camera Lens | C | $150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy<br>Midland National Life Insurance Company<br>Death Benefit: $1,000,000.00<br>Cash Value: $0.00<br>Beneficiary: Jennifer Wallace - [Wife]<br>Policy Holder: David Gordon Wallace Jr.<br>Acquired Date: March 10, 2014 | H | $0.00 |
| | | Term Life Insurance Policy<br>Midland National Life Insurance Company<br>Death Benefit: $1,000,000.00<br>Cash Value: $0.00<br>Beneficiaries: Kathy Wingo - [Ex-Wife], W.A. and J.W. - [Daughters]<br>Policy Holder: David Gordon Wallace Jr.<br>Acquired Date: May 28, 2014 | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                          Case No.  **15-31594-H4-7**
                                                                                                                          (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Term Life Insurance - [Wife's Separate Property]<br>New York Life Insurance Company<br>Death Benefit: $250,000.00<br>Cash Value: $0.00<br>Beneficiary: J.S. and R.S. - [Step-Son and Step-Daughter]<br>Policy Holder: Jennifer Wallace<br>Acquired Date: February 23, 2006<br>*This property is the separate property of the non-filing<br>spouse and is being listed for disclosure purposes only. | W | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Wallace Bajjali Realty Group, LLC<br>Type of Business: Brokerage Services<br>Mr. Wallace has a 50% interest in the Business. Costa<br>Bajjali has a 50% interest in the Business. | H | $0.00 |
| | | WB Murphy Road Development, LLC<br>Type of Business: Land Holdings<br>Mr. Wallace has a 11% interest in the Business. He<br>believes that the appraised value of the business assets are<br>approximately $2 million with a $700,000.00 liability with<br>Lowery Bank and net value of $143,000.00.<br>In addition, The business filed a Chapter 7 Bankruptcy in | H | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                    Case No.   <u>**15-31594-H4-7**</u>
                                                                                       (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | the Southern District of Texas, Houston Division on 3/3/15, Case No. 15-31307. Mr. Wallace is unsure of the recoverable value of this asset. | | |
| | | Sugar Land Sports Management, LLC<br>Type of Business: Limited Partner in Ice Skating Rink<br>Mr. Wallace has a 25% interest in the Business. | H | $1,000.00 |
| | | Group Care Hospice<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Oprex Surgery Baytown<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Lumiere Billing and Management Beaumont<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Physician Select Vitamins<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Clarus Billing and Management (Beaumont)<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Virginia Acquisitions, LLC<br>Type of Business: Warehouse in Joplin, MO<br>Market Value: $450,000.00<br>Lien Value: $396,000.00<br>Net Value: $54,000.00 | H | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                              Case No.   **15-31594-H4-7**
                                                                                                    (if known)

## 1st AMENDED 4/10/2015
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 10*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mr. Wallace has a 50% interest in the Business and is unsure of the actual recoverable value of this asset. | | |
| | | Blogging the Past, LLC<br>Type of Business: Publishing Company<br>Mr. Wallace has a 100% member interest in the business. | H | $0.00 |
| | | MSW Equities II, Inc.<br>Type of Business: Student Housing Development<br>Mr. Wallace has a 33.33% interest in the Business. | H | $0.00 |
| | | Rink Operations Management, LLC<br>Type of Business: General Partner and 20% interest holder in Sugar Land Entertainment Enterprises LP.<br>Mr. Wallace has a 33.33% interest in the Business. | H | $100,000.00 |
| | | Waco Town Square Management, LLC<br>Type of Business: General Partner for Waco Town Square Management, LLC<br>Mr. Wallace has a 100% member interest in the Business. | H | $0.00 |
| | | WBIF II GP, LLC<br>Type of Business: General Partner for Wallace Bajjali Investment Fund II, LP<br>Mr. Wallace has a 50% interest in the Business. | H | $0.00 |
| | | ZT Acquistions, Inc.<br>Type of Business: Bank Investments<br>Mr. Wallace has a 33.33% interest in the Business. | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Oprex Surgery Beaumont, LP<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | True View Sleep Center, LP<br>Type of Business: Health Care | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                               Case No.   <u>15-31594-H4-7</u>
                                                                                    (if known)

### 1st AMENDED 4/10/2015
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 11*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mr. Wallace may have a less than 1% interest in the business. | | |
| | | True View Surgery Center One, LP<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Group Care Medical Services, LP<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Zerenity Beaumont, LP<br>Type of Business: Health Care<br>Mr. Wallace may have a less than 1% interest in the business. | H | $0.00 |
| | | Creekmont Plaza Partners GP, LLC<br>Type of Business: Real Estate<br>Mr. Wallace may have a less than 1% interest in the business and is unsure of the recoverable value of this asset.<br>The business filed Chapter 7 bankruptcy in the Southern District of Texas, Houston Division on 3/4/15, Case No. 15-31363. | H | $0.00 |
| | | Creekmont Plaza Partners, LP<br>Type of Business: Real Estate<br>Mr. Wallace may have a less than 1% interest in the business and is unsure of the recoverable value of this asset.<br>The business filed Chapter 7 bankruptcy in the Southern District of Texas, Houston Division on 3/4/15, Case No. 15-31362. | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                  Case No.   **15-31594-H4-7**
                                                                                (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 12*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Mr. Wallace is owed approximately $119,263.00 from Wallace Bajjali Development, LP for salary and expense reimbursement. He is unsure of the collectability of funds as the liabilities exceed the assets. | H | $0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Mr. Wallace's non-filing spouse receives a total of $510.00 per month for child support from John Scarborough. - [Wife's Separate Property]<br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | W | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | In late January, Altus/ZT redeemed the ownership interest that Mr. Wallace held individually in various operating entities. Consequently, any declared dividends through the date of redemption would still belong to him. For the month of January, the earnings are calculated and presented to the board during the month of February so that the board can determine the amount to be dividend-ed to the owners. These January dividend checks/deposits are than made during the month of March. However, Mr. Wallace anticipates receiving additional cash deposits from the January dividends over the next couple of weeks. These deposits are being made in his account, yet 50% of these are being received in trust for the benefit of the ex-wife. | H | $1,000.00 |
| | | Mr. Wallace and his non-filing spouse filed their 2014 tax return.  Based upon the tax return, the Wallaces are entitled to a refund in the approximate amount of $3,000.00. The Wallaces do not expect the refund to be received due to outstanding taxes owed to the IRS and is subject to setoff. | C | $0.00 |



B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                  Case No.   **15-31594-H4-7**
                                                                                  (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 13*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Mr. Wallace is owed approximately $113,352.00 from Wallace Bajjali Development, LP for advances made to pay expenses for the business.  Debtor is unsure of the collectibility of these funds. | H | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Mr. Wallace has a potential claim against Costa Bajjali and Robert Condon, as trustees for the unilateral reduction of distribution from the Will Perry Creditor Liquidating Trust in the amount of $269,000.00. This debt is unilaterally altered by Costa Bajjali and Trustee in November 2014. | H | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Toyota Camry SE - [Wife's Separate Property] Estimated mileage: 39,722 NADA value: $13,925.00 | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                    Case No.   **15-31594-H4-7**
                                                                                  (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 14*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Lienholder: Capital One Auto Finance<br>Lien value: $16,495.00<br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only | | |
| | | 2010 Buick Enclave<br>Estimated mileage: 55,000 miles | H | $16,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Terrior Mix Dog | W | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Mr. Wallace has 60 points with American Express. These points have no sellable value. This information is being listed for disclosure purposes only. | H | $0.00 |
| | | Mr. Wallace's non-filing spouse has 5,614 points with | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Gordon Wallace, Jr.**                                    Case No.   **15-31594-H4-7**
                                                                                   (if known)

*1st AMENDED 4/10/2015*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 15*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Southwest Airlines. These points have no sellable value. This information is being listed for disclosure purposes only. | | |
| | | Mr. Wallace's non-filing spouse has a companion pass with Southwest Airlines. The pass has no sellable value. This information is being listed for disclosure purposes only. | W | $0.00 |
| | | Mr. Wallace has 67,800 points with Southwest Airlines. These points have no sellable value. This information is being listed for disclosure purposes only. | H | $0.00 |

                                        _____15_____ continuation sheets attached    Total >     **$144,411.42**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **David Gordon Wallace, Jr.**                           Case No.  **15-31594-H4-7**
                                                                        (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>Real Property located at 1634 Brookstone Lane, Sugar Land, Fort Bend County, Texas 77479.<br><br>Legal description: Greatwood Brooks Mill, Sec. 2, Block 2, Lot 5<br><br>2014 FBCAD Value: $259,670.00<br>Date Purchased: 06/02/2014<br><br>Mr. Wallace's home was appraised on 05/17/2014 and valued at $377,757.00.<br><br>*Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or proceeds. | 11 U.S.C. § 522(d)(1) | $15,208.17 | $377,757.00 |
| Cash on hand | 11 U.S.C. § 522(d)(5) | $14.00 | $14.00 |
| BBVA Compass Bank<br>DDA Account<br>Account ending 4880 | 11 U.S.C. § 522(d)(5) | $42.42 | $42.42 |
| Mr. Wallace has an earnest money deposit in the amount of $10,000.00 with attorney Simon Hughes, pursuant to buy-sell agreement with Costa Bajjali. Mr. Wallace is unsure of the present status of the deposit and its collectability. | 11 U.S.C. § 522(d)(5) | $3,730.41 | $10,000.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $18,995.00 | $387,813.42 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**                                    Case No.   **15-31594-H4-7**
                                                                                      (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Sectional Sofa | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Love Seat | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (4) Side Chairs | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Coffee Table | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Bookcase | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| CD Player | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Color Television | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| iPad | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| TV Cabinet | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| (2) Lamps | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| Bench | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Side Table | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Hutch | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Art Table | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Xbox Console and Games | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| Small Telelvision | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| (3) Lamps | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| Clock | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Small Table | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| | | $20,310.00 | $389,128.42 |

B6C (Official Form 6C) (4/13) — Cont.

In re  **David Gordon Wallace, Jr.**                     Case No.   **15-31594-H4-7**
                                                                              (If known)

### 1st AMENDED 4/10/2015
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Stove | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Refrigerator | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Dishwasher | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Microwave Oven | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (3) Small Appliances | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| (4) Pots and Pans | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Misc. Dishes and Glassware | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Misc. Flatware | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Sterling ware | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| (12) Piece Set of Crystal | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| (2) Tables and Chairs | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| Buffet | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Misc. Utensils and Knives | 11 U.S.C. § 522(d)(3) | $215.00 | $215.00 |
| Bed | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Dresser | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| Chest | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| Night Stand | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Clock | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| (2) Lamps | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| | | $22,565.00 | $391,383.42 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**                      Case No.   **15-31594-H4-7**
                                                                          (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bench | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Color Television | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Bed | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Dresser | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Night Stand | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Lamp | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Desk | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Bed | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| (2) Tables | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Lamp | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Floor Lamp | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Bed | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Dresser | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Chest | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Night Stand | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Clock | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Lamp | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Mirror | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Washer | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
|  |  | **$23,730.00** | **$392,548.42** |

B6C (Official Form 6C) (4/13) — Cont.

In re  **David Gordon Wallace, Jr.**                          Case No.  **15-31594-H4-7**
                                                                                      (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dryer | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Misc. Garden tools | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Misc. Electric tools | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (50) Misc. Towels and Linens | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Misc. Toilette Articles | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| (10) Sheets Sets | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| (2) Office Desks | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| (2) Bookshelves | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| (2) Chairs | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| (2) Computers | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Printer | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| (2) Lamps | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| (2) Cell Phones | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Rug | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| (25) Misc. Framed Art and Wall Accessories | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| (5) Pieces of Luggage | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (2) Mirrors | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| (104) Candlesticks and Accessories | 11 U.S.C. § 522(d)(3) | $850.00 | $850.00 |
| (2) Sets of Patio Furniture | 11 U.S.C. § 522(d)(3) | $120.00 | $120.00 |
| | | $26,525.00 | $395,343.42 |

B6C (Official Form 6C) (4/13) — Cont.

In re  **David Gordon Wallace, Jr.**                                    Case No.   **15-31594-H4-7**
                                                                                    (If known)

### 1st AMENDED 4/10/2015
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Misc. Photos and Frames | 11 U.S.C. § 522(d)(3) | $120.00 | $120.00 |
| (6) Baskets | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (5) Bicycles | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| (12) Men's Suits | 11 U.S.C. § 522(d)(3) | $240.00 | $240.00 |
| (50) Men's Shirts | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| (20) Pairs of Men's Pants and Shorts | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| (20) Pairs of Men's Shoes | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| (3) Men's Coats | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (5) Men's Sweaters | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| (30) Men's Ties | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| (20) Men's Athletic Apparel | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| (25) Misc. Men's T-Shirts | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (10) Women's Dresses - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (2) Women's Suits - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| | | **$28,000.00** | **$396,818.42** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**

Case No.   <u>15-31594-H4-7</u>

(If known)

*1st AMENDED 4/10/2015*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 6*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (50) Women Blouses - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| (30) Pairs of Women's Pants - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| (30) Pairs of Women's Shoes - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $90.00 | $90.00 |
| (4) Women's Coats - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| (10) Women's Purses - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| (20) Misc. Women's Scarves and Hats - [Wife's Separate Property]<br><br>This property is the separate property of the | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| | | $28,550.00 | $397,368.42 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**                    Case No.  **15-31594-H4-7**
                                                                          (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 7*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| non-filing spouse and is being listed for disclosure purposes only. | | | |
| (15) Women's Skirts - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $45.00 | $45.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | | |
| (5) Belts - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | | |
| (10) Pairs of Women's Shorts - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | | |
| (5) Women's Formal Dresses - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | | |
| (25) Women's Athletic Apparel - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | | |
| (30) T-Shirts - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| | | **$28,875.00** | **$397,693.42** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**                                      Case No.   **15-31594-H4-7**
                                                                                              (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 8*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | | | |
| Men's Watch | 11 U.S.C. § 522(d)(3) | $2,370.00 | $3,000.00 |
| | 11 U.S.C. § 522(d)(5) | $630.00 | |
| Men's Wedding Ring | 11 U.S.C. § 522(d)(3) | $0.00 | $75.00 |
| | 11 U.S.C. § 522(d)(5) | $75.00 | |
| (3) Pairs of Men's Cufflinks | 11 U.S.C. § 522(d)(3) | $0.00 | $150.00 |
| | 11 U.S.C. § 522(d)(5) | $150.00 | |
| Women's Watch - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $0.00 | $250.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $250.00 | |
| Women's Wedding Ring - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $0.00 | $1,000.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $1,000.00 | |
| (2) Women's Necklaces - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $0.00 | $150.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $150.00 | |
| Women's Ring - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $0.00 | $250.00 |
| | | $33,500.00 | $402,568.42 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**                    Case No.   **15-31594-H4-7**
                                                                   (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 9*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $250.00 | |
| Misc. Women's Costume Jewelry - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $0.00 | $350.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $350.00 | |
| Camera - [Wife's Separate Property] | 11 U.S.C. § 522(d)(3) | $0.00 | $200.00 |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $200.00 | |
| Camera Lens | 11 U.S.C. § 522(d)(3) | $0.00 | $150.00 |
| | 11 U.S.C. § 522(d)(5) | $150.00 | |
| Term Life Insurance Policy Midland National Life Insurance Company

Death Benefit: $1,000,000.00 Cash Value: $0.00 Beneficiary: Jennifer Wallace - [Wife] Policy Holder: David Gordon Wallace Jr.

Acquired Date: March 10, 2014 | 11 U.S.C. § 522(d)(11)(C) | $0.00 | $0.00 |
| Term Life Insurance Policy Midland National Life Insurance Company

Death Benefit: $1,000,000.00 Cash Value: $0.00 Beneficiaries: Kathy Wingo - [Ex-Wife], W.A. and J.W. - [Daughters] | 11 U.S.C. § 522(d)(11)(C) | $0.00 | $0.00 |
| | | **$34,450.00** | **$403,268.42** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**

Case No. **15-31594-H4-7**

(If known)

### 1st AMENDED 4/10/2015
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 10*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Policy Holder: David Gordon Wallace Jr. Acquired Date: May 28, 2014<br><br>Term Life Insurance - [Wife's Separate Property] New York Life Insurance Company<br><br>Death Benefit: $250,000.00 Cash Value: $0.00 Beneficiary: J.S. and R.S. - [Step-Son and Step-Daughter] Policy Holder: Jennifer Wallace<br><br>Acquired Date: February 23, 2006<br><br>*This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(11)(C) | $0.00 | $0.00 |
| Sugar Land Sports Management, LLC Type of Business: Limited Partner in Ice Skating Rink<br><br>Mr. Wallace has a 25% interest in the Business. | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| In late January, Altus/ZT redeemed the ownership interest that Mr. Wallace held individually in various operating entities. Consequently, any declared dividends through the date of redemption would still belong to him. For the month of January, the earnings are calculated and presented to the board during the month of February so that the board can determine the amount to be dividend-ed to the owners. These January dividend checks/deposits are than made during the month of March. However, Mr. Wallace anticipates receiving additional cash deposits from the January dividends over the next couple | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| | | $36,450.00 | $405,268.42 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**                                    Case No.  **15-31594-H4-7**

                                                                                              (If known)

**1st AMENDED 4/10/2015**
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 11*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| of weeks. These deposits are being made in his account, yet 50% of these are being received in trust for the benefit of the ex-wife. | | | |
| 2012 Toyota Camry SE - [Wife's Separate Property] Estimated mileage: 39,722 | 11 U.S.C. § 522(d)(2) | $0.00 | $0.00 |
| NADA value: $13,925.00 Lienholder: Capital One Auto Finance Lien value: $16,495.00 | | | |
| This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only | | | |
| 2010 Buick Enclave Estimated mileage: 55,000 miles | 11 U.S.C. § 522(d)(2) | $450.00 | $16,900.00 |
| Terrior Mix Dog | 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| Mr. Wallace has 60 points with American Express. These points have no sellable value. This information is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Mr. Wallace's non-filing spouse has 5,614 points with Southwest Airlines. These points have no sellable value. This information is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Mr. Wallace's non-filing spouse has a companion pass with Southwest Airlines. The pass has no sellable value. This information is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| | | **$36,900.00** | **$422,168.42** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**                    Case No.   **15-31594-H4-7**
                                                                      (If known)

*1st AMENDED 4/10/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 12*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Mr. Wallace has 67,800 points with Southwest Airlines. These points have no sellable value. This information is being listed for disclosure purposes only. | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| | | $36,900.00 | $422,168.42 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **David Gordon Wallace, Jr.**

Case No.  15-31594-h47
(if known)

### 1st AMENDED 4/9/2015
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 2 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 10 April 2015         Signature _____
                               David Gordon Wallace, Jr.

Date _____         Signature _____

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.