SERVICE LIST

Community Bank & Trust, Waco, Texas
P O Box 2303
Waco, TX 76703-2303

Frost Bank
c/o L. David Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Tx 77027-7190

LoweryBank, a division of Huntington State B
c/o The Holoway Jones Law Firm, PLLC
407 Julie Rivers Drive
Sugar Land, Tx 77478-3181

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

AMI - Association Management, Inc.
2204 Timberloch Place, Suite 180
The Woodlands, TX 77380-1192

Adventure Playground Systems
10845 Church Lane
Houston, TX 77043-4007

Alex Trevino
1100 Uptown Park Blvd., #213
Houston, TX 77056-3286

Alisa Jones
16 Green Ridge Forest Court
The Woodlands, TX 77381-2693

Allison Cameron
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Allison Kolle
7260 Walling Lane
Dallas, TX 75231-7334

Ally Financial
P.O. Box 8104
Cockeysville, MD 21030-8104

Amegy Bank
P.O. Box 3029
Houston, TX 77253-3029

American Express
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355-1245

American International Alliance, LP
8108 Old Hixon Road
Tampa, FL 33626-2301

Anderson Engineering, Inc.
2045 W. Woodland
Springfield, MO 65807-5913

Andrew M. Goforth
The Taylor Law Offices, PC
4550 Post Oak Place Drive, Suite 241
Houston, TX 77027-3117

Andrews Meyers Coulter & Cohen, PC
3900 Essex Lane, #800
Houston, Texas 77027-5198

Anita Chandler
P.O. Box 7411
Baytown, TX 77522-7411

Anita Chandler
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Antonio Vaccaro
5702 Rabb Ridge
Houston, TX 77469

Arthur Laffer
2909 Poston Avenue
Nashville, TN 37203-1346

Arthur Laffer
Laffer & Associates
103 Murphy Court
Nashville, TN 37203-1005

Arthur Lawrence Exceptional Resources
11233 Shadow Creek Parkway, Suite 313
Pearland, TX 77584-7367

Arthur Mixon
107 Nobleman Lane
Lafayette, LA 70508-7493

Artisan Communications
12400 State Highway 71 West
Suite 350-407
Austin, TX 78738-6517

ARVEST BANK
P O BOX 11110
FORT SMITH AR 72917-1110

Audrey Horstman
21 Elannchester Lane
Manchester, MO 63011-3838

Austin Avenue Contribution Company, LLC
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478-4531

Axis Point Developers, LLC
916 Herkimer
Houston, TX 77008-6742

B & J Construction, LLC
18699 CR 260
Oronogo, MO 64855

B.G. Patel
4915 Willow Street
Bellaire, TX 77401-4417

BBVA Compass Bank
P.O. Box 77210
Houston, TX 77210

BJ Sassaman
2007 Seamist Court
Houston, TX 77008-1154

Babette Dorsha
2728 CR 950
Alvin, TX 77511-7740

Bain & Barkley
14090 Southwest Freeway, Suite 450
Sugar Land, TX 77478-3679

Barbara Ploetz
3013 Dianne Drive
Middleton, WI 53562-2425

Barbara Wantland-House
11111 Grant Road, Apt. 825
Cypress, TX 77429-4063

Barco Premium Fiance
P.O. Box 231
Turners, MO 65765-0231

Berg Oliver Associates, Inc.
14701 St. Mary's Lane, Ste. 400
Houston, TX 77079-2932

Betty Gauntt
6302 Cog Hill Drive
Pasadena, TX 77505-3834

Bhaskar Patel
14302 Grace Meadow Lane
Sugar Land, TX 77498-2181

Bill Covey
19518 Meadow Rose Court
Kingwood, TX 77346-3322

Bill Ewing
615 Oliver Court
Corpus Christi, TX 78408-3241

Blake Taylor
9850 Highway 6 South
Sugar Land, TX 77498-4981

Bohreer & Zucker, LLP
Two Greenway Place, Suite 600
Houston, TX 77046-0212

Boyar & Miller, PC
4265 San Felipe, Suite 1200
Houston, TX 77027-2917

Brannon Kuykendall
14 Fury Ranch Place
The Woodlands, TX 77389-5089

Brenda Horlander
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Brian Grimm
3706 Indian Mound Court
Crosby, TX 77532-7208

Bridgestone Municipal Utility District
Attn: Kenneth Byrd, Tax Assessor
P.O. Box 73109
Houston, TX 77273-3109

Bruce J. Anderson
3615 Red Fox Run
Joplin, MO 64804-6028

Bruce J. Anderson
c/o Bruce Alan Copeland
P.O. Box 2845
Joplin, MO 64803-2845

Bruce Ruisard
67 S. Chandler Creek Circle
The Woodlands, TX 77381-4747

Bryan Stanley
18 Sweetwater Court
Sugar Land, TX 77479-3130

Bubba Levy
3113 Prescott Street
Houston, TX 77025-2624

CNA Insurance
P.O. Box 790094
St. Louis, MO 63179-0094

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

Cadence Bank
845 N. Eldridge Parkway
Houston, TX 77079-2701

Cadence Bank
P.O. Box 4938
Houston,TX 77210-4938

Capital One, N.A. Mastercard
Capital One Bank (USA) N.A.
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carlos Borbero
3718 Louvre Lane
Houston, TX 77082-6689

Carlos Borbero
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Cathy Casso
18319 Magnolia Oaks Drive
Praireville, LA 70769-3344

Center Point Energy
Houston Electric, LLC
2301 W. Gears Rd.
Houston, TX 77067-3803

Chancel, LP
5555 Fellowship Lane
Spring, TX 77379-8820

Charles & Courtney Blencke
2214 Stanford Street
Houston, TX 77006-1932

Charles & Rita Jackson
3119 Spring Ridge Drive
Manvel, TX 77578-7816

Charles Clements
P.O. Box 90661
Austin, TX 78709-0661

Charles Garrido
3033 Chimney Rock Road, Suite 510
Houston, TX 77056-6200

Charlotte McCavana
699 Old Lode Lane Solihull
West Midlands, England 15928NE

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Chris Hanslik
Boyar Miller, P.C.
4265 San Felipe, #1200
Houston, TX 77027-2917

Christine L. Bryant
2125 Pennsylvania
Joplin, MO 64804-2166

City of Amarillo
509 S.E. Seventh Avenue
P.O. Box 1971
Amarillo, TX 79105-1971

City of Houston
Building Inspections Mechancial Section
Elevator Group
P.O. Box 61167
Houston, TX 77208-1167

City of Houston
Public Works & Engineering Dept.
P.O. Box 1562
Houston, Texas 77251-1562

City of Joplin
602 South Main Street
Joplin, MO 64801-2606

Clearwater Utilities, Inc.
22803 Schiel Road
Cypress, TX 77433-4262

Community Bank & Trust
1800 Washington Avenue
Waco, TX 76701-1011

Cornerstone Home Lending
1177 West Loop South, Ste. 200
Houston, TX 77027-9083

Costa Bajjali
2911 Waters Lake Lane
Missouri City, TX 77459-6702

Courtney Phelps
3419 Creekstone Drive
Sugar Land, TX 77479-2419

Creekmont Plaza Partners, GP
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478-4531

Creekmont Plaza Partners, LP
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478-4531

D & R Signs, LLP
12999 Murphy Rd., Bldg J
Stafford, TX 77477-3955

DPS, Inc.
Design Planning Systems, Inc.
5136 Chevy Chase
Houston, TX 77056-4323

Dale & Tana Trahan
107 Oak Alley
Lafayette, LA 70508-8135

Dan Gunderson
19622 Emerald Ridge Lane
Houston, TX 77094-2994

Daniel Frishberg
8855 Collins Avenue, Apt. 5B
Surfside, FL 33154-3452

Dannenbaum Engineering Company - Houston
P.O. Box 22292
Houston, TX 77227-2292

David Glunt
5555 Followship Lane
Spring, TX 77379-8820

David Smith
c/o The Frost National Bank
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027-7190

David Spadafora
c/o Frost Bank
100 West Houston Street
San Antonio, TX 78205-1414

David Talbott
3782 F 1/4 Road
Palisade, CO 81526-9330

David Wallace, Sr.
1 Bishop Gadsden Way, Cottage 21
Charleston, SC 29412-3506

De Crosta Construction
24200 SW Frwy., #362
Rosenberg, TX 77471-5985

Delaware Secretary of State
Delaware Division of Corp.
P.O. Box 5509
Birmingham, NY 13902-5509

Dennis & Carol Horstman
6511 Lussier Drive
Sugar Land, TX 77479-5092

Dental Select
P.O. Box 301680
Dallas, TX 75303-1680

Dentons US, LLP
Dept. 3078
Carol Stream, IL 60132-3078

Desktop & Press
5402 Willers Way
Houston, TX 77056-4227

Dharmesh A. Patel
12317 Bend Creek Lane
Pearland, TX 77584-9728

Diane Collings
TR Dunn Trust
11607 Cherry Knoll
Houston, TX 77077-5009

Dinesh Shah
One Sugar Lakes
4660 Sweetwater Blvd., Suite 300
Sugar Land, TX 77479-3169

Don Taylor
9850 Highway 6 South
Sugar Land, TX 77498-4981

Donald & Donna Barrett
14722 Atterbury Drive
Sugar Land, TX 77498-1029

Donald & Martha Keil
809 Elm Street
Seguin, TX 78155-4831

Donald & Martha Keil
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Douglas & Kate Shaffer
3005 Bayshore Drive
Baycliffe, TX 77518-1114

Douglas & Kate Shaffer
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Douglas Fingold
2217 Fairpointe
League City, TX 77573-6653

Dr. & Mrs. Joseph Miller
60 Champions Lane
Antonio, TX 78257-1294

Dr. Albert & Sathy Furtado
Crystal Sands Partners, LP
1506 E. Broadway, Suite 100
Pearland, TX 77581-5837

Dr. Arthur Hadley
20303 Kingsland Blvd.
Katy, TX 77450-3010

Dr. G. Vincent Bailey
1914 Johnson
Jennings, LA 70546-3628

Dr. James Stewart
8707 Redbird Valley
San Antonio, TX 78229

Dr. Lawrence Joseph
4220 Riley
Houston, TX 77005-3547

Dr. Lawrence Root
3901 Arnold
Houston, TX 77005-2037

Dr. Sam Cherlo
43 Greenway View Trail
Kingwood, TX 77339-5321

Dr. Venkat Veerisetty
6310 Goodlowe Park
Sugar Land, TX 77479-5637

Duane Islet
11122 Brandon Gate
Houston, TX 77095-6603

ECA Texas, Inc.
7010 S. Sioux Trail
Austin, TX 78729-7741

Ed Fox
Industrial Info Resources
2277 Plaza Drive, Suite 300
Sugar Land, TX 77479-6601

Ed Gray
1210 Elkins Lake
Huntsville, TX 77340-7321

Ed L. Lewis, CPA
608 Rollingbrook
Baytown, TX 77521-4054

Ed Lewis
Industrial Info Resource
2277 Plaza Drive, Suite 300
Sugar Land, TX 77479-6601

Edenn L. Turtur
2303 Meadow Briar
Sugar Land, TX 77498-1487

Elaine Kidd
P.O. Box 431511
Houston, TX 77243-1511

Ellis & Donna Couch
11735 S. Canton Avenue
Tulsa, OK 74137-8403

Ellis Couch
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Eric Rothenberg
9235 East Pemberton Circle Drive
Houston, TX 77025-4323

Eric Wuellner
13013 Southwest Freeway
Stafford, TX 77477-4110

Ethelyn & Donald Taylor
Ethelyn S. Taylor Trust
9850 Highway 6 South
Sugar Land, TX 77498-4981

Ethelyn & Donald Taylor
Roger G. Taylor Deceased Trust
9850 Highway 6 S.
Sugar Land, TX 77498-4981

Ewing Construction Company, Inc.
P.O. Box 4235
Corpus Christi, TX 78469-4235

Fadi Matta
58 Old Woods Passage
Missour City, TX 77459-3092

Financial Control Services
6801 Sanger Avenue, Ste. 195
Waco, TX 76710-7804

First Bank
Attn: Elaine Mason
9801 Westheimer, 11th Floor
Houston, TX 77042-3950

First Stage Capital, Inc.
24040 Camino Del Avion, Suite A-344
Monarch Beach, CA 92629-4005

Fitts Roberts & Co., P.C.
5718 Westheimer Road, #800
Houston, TX 77057-5758

Fleishman Hillard, Inc.
P.O. Box 771733
St. Louis, MO 63177-1733

Florence Reiley
1540 Montgomery Road
Bellaire, MI 49615-9542

Florence Reiley
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Fort Bend County Tax Office
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Fort Bend County Tax Office
P.O. Box 1028
Sugar Land, TX 77487-1028

Fountains & Statuary
11804 Hempstead Rd.
Houston, TX 77092-6004

Four and One, LLC
6506 Glenn Lakes Dr.
Houston, TX 77069-2429

Fred Shuffler
18815 Big Cypress Drive
Spring, TX 77388-5173

Fullenweider Wilhite
4265 San Felipe Street, Suite 1400
Houston, TX 77027-2952

GBI Partners, LP
13340 S. Gessner Road
Missouri City, TX 77489-1022

GE Pasier & Associates, Inc.
11320 S. Kolbe Circle, #100
Cypress, TX 77429-3313

GIDCO GP, LLC
14550 Torrey Chase Blvd.
Houston, TX 77014-1022

Gary & Brenda Luquette
88 Benthaven Isle
Montgomery, TX 77356-8299

Gary Box
1518 Whispering Oaks Drive
Joplin, MO 64801-8305

Gary Miles
2600 Brightwork Way
The Woodlands, TX 77380-1072

Gary Seever
9418 Highmeadow
Houston, TX 77063-3934

Gene & Regina Jensen
170 Woodpecker
Livingston, TX 77351-4593

Gensler
P.O. Box 848279
Dallas, TX 75284-8279

George & Marene Tompkins
12021 Winwood
Houston, TX 77024-5014

George & Marene Tompkins
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

George Lingenfelder
1530 Abby Aldrich
Katy, TX 77449-3005

Gerald & Andrea Crouch
Post Oak Family, LP
11874 Wurzbach
San Antonio, TX 78230-2744

Gerald Crouch
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Geraldine Willis
John Willis Equity Investment
2306 Colby Lodge Drive
Katy, TX 77450-7508

Gerry Dubin
1716 Montrose
Houston, TX 77006-1242

Gill Dolan
2200 West Loop South, Suite 600
Houston, TX 77027-3547

Glenn & Anna Latta
4060 South Hwy. 77
Rockdale, TX 76567-3490

Glunt Investment & Development Co, Inc.
5555 Fellowship Lane
Spring, TX 77379-8820

Good All Construction, LLC
314 Village Creek
Webster, TX 77598-2636

Granite Tower at Sugar Creek
GPI-M Sugar Creek, LP
P.O. Box 202399
Dallas, TX 75320-2399

Greatwood Homeowner's Association
8802 Greatwood Parkway
Sugar Land, TX 77479-6769

Greens Bayou Corridor Coalition
16945 Northchase Dr., #1900
Houston, TX 77060-2140

Gregory N. Jackson
1006 Cheyenne Meadows
Katy, TX 77450-3627

Gryphon Tenant, LLC
1027 S. Main, Suite 203
Joplin, MO 64801-4548

Hal Tompkins
P.O. Box 2290
George West, TX 78022-2290

Hal Tompkins
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Hall Maines Lugrin, PC
Williams Tower
2800 Post Oak Blvd., Suite 6400
Houston, TX 77056-6131

Hamer Technology
20826 Divellec Lane
Spring, TX 77388-3264

Hanke Agrawal
Can Metals Limited
4800 Sugar Grove Blvd., Suite 475
Stafford, TX 77477-2635

Harper Walker
20547 Crosby Eastgate Road
Crosby, TX 77532-6528

Harris County MUD #24
ETI Accounting Services
17111 Rolling Creek Dr., #108
Houston, TX 77090-2400

Harris County MUD #24
P.O. Box 73109
Houston, TX 77273-3109

Harris County Tax Assessor Collector
P.O. Box 4622
Houston, TX 77210-4622

Harry McCalla
105 Britain Circle
Laffayetta, LA 70508-7161

Heartland Technology Solutions
1110 Morningview Drive
Harlan, IA 51537-2013

Henry Moseley, II
212 Lantana Court
Broussard, LA 70518-7619

Holt & Young, PC
9821 Katy Freeway, Suite 350
Houston, TX 77024-1231

Hoover Slovacek, LLP
P.O. Box 4547
Houston, TX 77210-4547

Horlander, LLC
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Houston Frazier
3627 Spruce Bay Drive
Kingwood, TX 77345-2053

Houston Lock & Mailboxes
3407 Mercer Street
Houston, TX 77027-6507

Humana Insurance Company
P.O. Box 560
Carol Stream, IL 60132-0560

Husch Blackwell
P.O. Box 802765
Kansas City, MO 64180-2765

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Ivan Curiel
Janice Gray
5604 Rose Street
Houston, TX 77007-5167

J Signs
20842 US Hwy 59, Suite I
New Caney, TX 77357-8276

Jack Molho & Associates
P.O. Box 16969
Sugar Land, TX 77496-6969

Jacob Tsabar
5734 Rutherglenn Drive
Houston, TX 77096-4831

Jacqueline Marie Wallace 1996 Sub-S Trus
Trustee Nancy Gollan
1634 Brookstone Lane
Sugar Land, TX 77479-1895

Jaime Lopez
5815 Grapevine Street
Houston, TX 77085-3820

James & Carol Maas
5511 Todville Road
Seabrook, TX 77586-1720

James & Patricia Stewart
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

James Burnett
11233 Shawdow Creek Parkway, Suite 223
Pearland, TX 77584-7367

James Colling
1105 Essex Court
Seabrook, TX 77586-2585

James Gibson
925 E. 3rd Street
Crowley, LA 70526-5307

James P. O'Neal
118 Kincaid Court
Lafayette, LA 70508-8029

James Pier
810 Commons Lakeview Drive
Huffman, TX 77336-3059

Janice Gray
3350 McCue Road, #1403
Houston, TX 77056-7126

Jeffrey Wilson
28310 Woodsons Lake Drive
Spring, TX 77386-1788

Jennifer Dawn Wallace
1634 Brookstone Lane
Sugar Land, Texas 77479-1895

Jenny L. Prejean
192 Washboard Avenue
Ball, LA 71405-9809

Jim Beamon
2603 Augusta Drive
Houston, TX 77057-5678

Jim Harrell
Carolyn Graves
2404 Driscoll Street
Houston, TX 77019-6706

Joanna Koong
2731 Oakland Drive
Sugar Land, TX 77479-3027

Joanne Cassidy
David Selter
10022 Overbrook Lane
Houston, TX 77042-3104

John Dienes
4240 Prescott Avenue, Unit 3A
Dallas, TX 75219-2377

John Dosier
10 Heartleaf Court
The Woodlands, TX 77381-2950

John F. Howell, Jr., Trustee
2901 Bammel Lane, Unit 14
Houston, TX 77098-1133

John Schreiber
13 Field Point
Trabuco Canyon, CA 92679-3506

John Willis
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Johnny & Betty Gauntt
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Jose Huerta
9311 Willow Meadow
Houston, TX 77031-1013

Joseph & Dianne McCarthy
2 Cassowary Lane
The Woodlands, TX 77380-1851

Joseph Esch
2911 Tahoe Basin
Missouri City, TX 77459-6932

Joseph L. Richard
192 Deacon John Road
Church Point, LA 70525-7115

Joseph Miller
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Joseph Miller
d/b/a Nada Por Nada, LTD
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

K&L Gates, LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067-4104

Kalikow Equity Partners, LLC
7001 Brush Hollow Road, Suite 200
Westbury, NY 11590-1743

Karen Love
11729 Palm Road
Neosho, MO 64850-8640

Karen McElligott
6426 Crystal Point
Missour City, TX 77459-3055

Karl Lothmann
2607 Droxford Drive
Houston, TX 77008-3018

Kathy Wingo
1442 West Bellfort, Unit 212
Sugar Land, TX 77498

Kay Parker
Fitts Roberts
5718 Westheimer, Suite 800
Houston, TX 77057-5758

Kevin J. Deering
8090 Steeplechase Circle
Argyle, TX 76226-6100

Kevin J. Deering
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Killian Construction Company
2664 E. Kearney
Springfield, MO 65803-4913

Klein Independent School District
7200 Spring-Cypress Road
Klein, Texas 77379-3299

Klenk Agee Oates Core Benefits
Agency Partner
14339 Torrey Chase Blvd., #F
Houston, TX 77014-1631

Kohur Subramanian
48 Glen Loch Court
Sugar Land, TX 77479-2512

Kohur Subramanian
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Kurt Everson
707 Oyster Shell Court
Missouri City, TX 77459-7564

Kurt Everson
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

LECS, Ltd.
11226 Jones Rd. West
Houston, TX 77065-3617

Laffer Frishberg Wallace Economic
Opportunity Fund, L.P.
1200 Soldiers Field Drive, Suite 20
Sugar Land, TX 77479-4322

Lake Management Services, LP
1650 Highway 6 South, Suite 430
Sugar Land, TX 77478-5086

Lakeland Office Systems, Inc.
P.O. Box 1029
Miami, OK 74355-1029

Lamar CISD
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Larry Forney
1919 Mossback Circle
Fresno, TX 77545-9228

Larry W. Mullins
805 Enchanted Oaks Drive
Angleton, TX 77515-8843

Larry W. Mullins
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Leslie Lurey
1141 Kempton Park Lane
Fairview, TX 75069-8849

Linda Lord
5310 Inker Street
Houston, TX 77007-3141

Linda S. Teeter Insurance Agency #90540
1321 Illinois
Joplin, MO 64801-5028

Lippke Cartwright & Roberts
One Arena Place
7322 Southwest Freeway, Suite 1717
Houston, TX 77074-2093

Loflin Environmental Services, Inc.
2020 Montrose Blvd., Suite 100
Houston, TX 77006-1263

Lowery Bank
1100 Walnut Street, Box #11
Kansas City, MO 64106-2197

M. Brannon & Michele Kuykendall
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

M2L Associates, Inc.
8955 Katy Freeway, Suite 300
Houston, TX 77024-1626

MHI Partnership, Ltd.
Attn: Wade Bradow
7676 Woodway, Suite 104
Houston, TX 77063-1521

Marcus Erickson
615 Oyster Shell Court
Missouri City, TX 77459-7562

Marcus Erickson
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Marion Montgomery, Inc.
2412 South Blvd.
Houston, TX 77098-5110

Mark Blanton
American International Alliance, LP
8108 Old Hixon Road
Tampa, FL 33626-2301

Mark Hellinger
12 Greenway Plaza, Suite 1100
Houston, TX 77046

Martin Grosboll
5306 Blue Creek Drive
Humble, TX 77345-1478

Martin Grosboll
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Martin Sauder
2750 Falcon Drive
Langmont, CO 80503-7974

Martha Sauder
c/o Fred Sauder
2217 Vienna Ter
Eau Claire, WI 54703-6074

Mattox Terrel & Associates
1614 Ave. B
Katy, TX 77493-1611

Medical Anesthesia Assoc., LLP
P.O. Box 926098
Houston, TX 77292-6098

Michael & Rosalee Mierzwa
1103 Peregrine Drive
Friendswood, TX 77546-7805

Michael Baduzi
4400 Ambassador Daffery Pkwy., Suite A
Lafayette, LA 70508-6760

Michael Dorsey
9607 Tarragon Lane
Houston, TX 77036-5929

Michael Hazelwood
19807 Sternwood Manor Dr.
Spring, Texas 77379-5065

Michael Vining
1208 Nashua Street
Houston, TX 77008-6455

Micheal Wray
719 Austin Avenue, Suite A
Waco, TX 76701-2019

Mike Sullivan, Tax Assessor-Collector
P.O. Box 4622
Houston, TX 77210-4622

Moody Rambin Interest
1455 West Loop South, Suite 700
Houston, TX 77027-9501

Morris Wolf
P.O. Box 152316
Cape Coral, FL 33915-2316

Murphy Road Development
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478-4531

NSJS, LTD Partnership
P.O. Box 23248
Waco, TX 76702-3248

NSJS, LTD Partnership
c/o David Anderson
Rogers  & Anderson, P.L.L.C.
1415 N. Loop West, Suite 1020
Houston, TX 77008-1659

NW Harris County MUD No. 15
11111 Katy Fwy., Ste. 725
Houston, TX 77079-2197

Nancy V. Gollan
1626 Beaconshire Road
Houston, TX 77077-3866

Neal Jain
17 St. Peters Walk
Sugar Land, TX 77479-2525

Ness Design Group Architects
1821 East 4th Street
Joplin, MO 64801-1839

New Prime, Inc.
2740 N. Mayfair
Springfield, MO 65803-5084

Nexxt Level Consulting
3403 Walden Creek Lane
Pearland, TX 77581-4370

NiteLites of Houston
c/o Rob Greening
12202 Pine Shadowes Lane
Pinehurst, TX 77362-3930

Office Depot
P.O. Box 88040
Chicago, IL 60680-1040

One Sugar Lakes Professional Centre Part
c/o Paul J. Brown
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002-5001

PGAV Planners
Peckham Guyton Albers & Vivets, Inc.
200 North Freeway, Suite 1000
St Louis, MO 63102

Pace Concrete, LTD
14530 Wunderlich, Suite 202
Houston, TX 77069-2837

Pakis, Giotes, Page & Burleson, P.C.
P.O. Box 58
Waco, TX 76703-0058

Patrick & Norma Thonen
4523 Red Yucca Drive
Katy, TX 77494-1501

Paul & Jennifer Pepitone
16858 Amberwood Drive
Baton Rouge, LA 70810-6528

Paul & Simona Williams
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Paul Williams
3324 University Blvd.
Houston, TX 77005-3354

Pedro's Landscape & Tree Service
13802 Stone Shire St.
Houston, TX 77037-1741

Pennington & Company, LLC
33 Graystone
Laguna Niguel, CA 92677-9330

Phillip & Alisa Jones
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Phillip Jones
16 Green Ridge Forest Court
The Woodlands, TX 77381-2693

Phonoscope Services, Inc.
6105 Westline Drive
Houston, TX 77036-3515

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-6341

Post Oak Family, LP
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Preventive Services LP
P.O. Box 1969
Spring, TX 77383-1969

Principal Financial Group
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

Provident Engineers, Inc.
8406 Buffalo Creek Drive
Richmond, TX 77406-6455

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

R.G. Miller Engineers, Inc.
12121 Wickchester Lane, Suite 200
Houston, TX 77079-1200

R.J. Simper
2685 Rolling Hills Road
Conroe, TX 77303-4643

ROKO Enterprises, LLC
6606 Twin Leaf Drive
Spring, TX 77379-4845

Raman & Hanna Mocharla
2442 Fairbreeze Drive
Katy, TX 77494-5102

Ramesh & Sailja Konduri
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Ramesh Konduri
11339 Pampass Pass
Houston, TX 77095-4857

Ramon & Doralice Garrido
1312 Sugar Creek Blvd.
Sugar Land, TX 77478-3928

Randall DePue
3130 Walnut Bend Lane, #413
Houston, TX 77042-4780

Raymond A. Braeswell
16695 B Highway
Smithville, MO 64089-8589

Raymond Warner
25802 Timber Lakes Drive
Spring, TX 77380-1277

Raymond Warner
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Regina Lederman
3607 Gramercy Street
Houston, TX 77025-1320

Richard & Mary Burkhardt
14330 Ridge Lane
Malakoff, TX 75148-3386

Richard Burkhardt
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Richard J. Kadlick
3015 Georgetown
Houston, TX 77005-3029

Richard J. Kadlick
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Richard Reiley
119 West Asby Place
San Antonio, TX 78212-5839

Robert & Brenda Horlander
1553 Lamonte
Houston, TX 77018-4110

Robert Beamon
2603 Augusta, Suite 1050
Houston, TX 77057-5797

Robert Beaver
12580 Piping Rock, No. 69
Houston, TX 77077-5804

Robert P. Ficks
4514 Saint Michaels Court
Sugar Land, TX 77479-3952

Robert P. Ficks
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Robert Resch
108 Heart Pine Circle
Summerville, SC 29485-6272

Robert Schumacher
16134 N. Gallaugher Rd.
Jennigns, LA 70546-3235

Robert Tanner
1902 Barons Glen
Sugar Land, TX 77478-4143

Roberts Markel, PC
2277 Plaza Drive, Suite 290
Sugar Land, TX 77479-6609

Rocio Caballero
10211 Grape Creek Grove Lane
Cypress, TX 77433-4042

Ron & Emily Bass
2028 Driscoll Street
Houston, TX 77019-6104

Ron Ellisor
13322 Scenic Glade Drive
Houston, TX 77059-2840

Ronald & Lavonne Ellisor
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Ronald Martens
2314 Juanita
Deer Park, TX 77536-4217

Rosemary Mascarenhas
4434 Jamaica Drive
Sugar Land, TX 77479-2110

Sanjiv & Renu Khanna
4411 Wentworth Avenue
Sugar Land, TX 77479-6750

Sean Reed
8031 Cross Trail
Sugar Land, TX 77479-7006

Sean Reed
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Shalik, Morris & Company, LL
80 Crossways Park Dr.
West Woodbury, NY 11797-2047

Shas Graphics
13003 Murphy Road, Suite B-6
Stafford, TX 77477-3932

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Drive
Waco, TX 76710-6075

Silt Solutions, Inc.
1905 Grand Willow Lane
Richmond, TX 77469-6344

Simon Hughes
The Hughes Law Firm
230 Westcott, Suite 100
Houston, Texas 77007-7026

Siraj Jiwani
2806 Sable Drive
Pearland, TX 77584-9277

Spiegel Partners
Attn: Jordan Spiegel
14 Monarch Bay Plaza, Suite 163
Dana Point, CA 92629

Sprint Fort Bend County Landfill, LP
P.O. Box 940339
Houston, TX 77094-7339

Steve Cook
1503 Sheltons Bend
Houston, TX 77077-1585

Steve Trevino
Mesa Asset Mgt., LLC
3423 Onion Creek
Sugar Land, TX 77479-2548

Steven & Susan Moskowitz
14027 Memorial Drive #154
Houston, TX 77079-6826

Steven Bain
Steven Bain Law Offices
12620 Tesson Ferry Road, Suite 121
St. Louis, MO 63128

Steven Cook
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Steven Prevost
1400 Woodloch Forest Drive
The Woodlands, TX 77380-1100

Steven Prevost
15000 West Airport Blvd., Apt #1222
Sugar Land, TX 77498-7260

Stilley Partners
Attn: Charles P. Stilley
14004 Canterbury
Leawood, KS 66224-9705

Stouffer Communications
115 Neosho Blvd., Suite C
Neosho, MO 64850-1621

Sugar Creek/EPG, LLC
P.O. Box 205086
Dallas, TX 75320-5086

Sugar Land Courier Services
PMB #332
14019 Southwest Freeway #301
Sugar Land, TX 77478-3551

Sunbelt Reporting & Litigation Services
13101 Northwest Freeway, Suite 210
Houston, TX 77040-6315

TCO Integrated Solutions
d/b/a The Compliance Office
P.O. Box 691967
Houston, TX 77269-1967

Tallas Insurance Company
9100 Southwest Freeway, Ste. 255
Houston, TX 77074-1524

Tara Wikoff
1881 Bering Drive, #51
Houston, TX 77057-3138

Tasser Badar
ZT Group
11233 Shadow Creek Parkway, Suite 400
Pearland, TX 77584-7367

Terracon Consultants, Inc.
P.O. Box 843358
Kansas City, MO 64184-3358

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Frost National Bank
c/o David Smith
4646 Wild Indigo, Suite 110
Houston, TX 77027-7190

The Holoway Jones Law Firm, PLLC
c/o Lowery Bank
407 Julie Rivers Drive
Sugar Land, TX 77478-3181

The Murillo Co., Inc.
10325 Landsbury, #400
Houston, TX 77099-3419

The Taylor Law Offices
4550 Post Oak Place, Suite 241
Houston, TX 77027-3117

Thomas L. Taylor
4550 Post Oak Place Drive, Suite 241
Houston, TX 77027-3117

ThyssenKrupp Elevator
14820 Tomball Parkway, Ste. 190
Houston, TX 77086-1628

Timothy B. Koehl
1956 Norfolk Avenue
Houston, TX 77098-4224

Timothy B. Koehl
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Tom Hooke
1003 Majestic Oak
Richmond, TX 77469-2014

Tomball ISD - Tax Assessor
P.O. Box 276
Tomball, Texas 77377-0276

Tompkins 2007 Family Partnership
c/o Thomas Schmidt
3701 Kirby Drive, Suite 845
Houston, TX 77098-3918

Tracey Martin
Martin Law Office, PC
430 W. 7th Street
Joplin, MO 64801-2548

TriPoint Capital Advisors
Attn: Michael Boswell
400 Professional Drive #310
Gaitherburg, MD 20879-3454

Twin Oaks Lawn & Tree Service
9519 Magnolia Ridge Dr.
Houston, TX 77070-1936

U.S. Conference of Mayors
1620 Eye Street
NW 4th Floor
Washington, DC 20006-4034

311 East 7th Street, Suite A
Joplin, MO 64801-2271

Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Virginia Acquistions, LLC
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478-4531

WB Real Estate Holdings, LLC
1200 Soldier's Field Drive, Suite 2
Sugar Land, TX 77479-4322

WB Real Estate Holdings, LLC
13131 Dairy Ashford, Suite 175
Sugar Land, TX 77478-4531

WB Substitute GP, L.L.C.
13131 Dairy Ashford, Ste. 175
Sugar Land, TX 77478-4531

WC Perry Properties, LP
One Sugar Creek Blvd., Ste 925
Sugar Land, TX 77478-3936

Wallace Bajjali Development, L.P.
1200 Soldiers Field Drive, Suite 20
Sugar Land, TX 77479-4322

Wallace Bajjali Investment Fund, II, LP
1200 Soldiers Field Drive, Suite 20
Sugar Land, TX 77479-4322

Wallace Bajjali Management, L.L.C.
13131 Dairy Ashford, Ste. 175
Sugar Land, TX 77478-4531

Wallace Minor's Trust
13131 Dairy Ashford, Suite 175
Sugar Land, Texas 77478-4531

Wallace Minor's Trust
1634 Brookstone Lane
Sugar Land, Texas 77479-1895

Wauson & Probus
c/o Will Perry Trust
One Sugar Creek Center Blvd., Suite 880
Sugar Land, TX 77478-3557

Wayne English
4849 Blue Cap Court
Mesquite, TX 75181-4960

Wesley & Merilyn Dupuy
12595 LaBelle
Beaumont, TX 77705-9417

West Houston WB Realty Fund, LP
1200 Soldier's Field Drive, Suite 2
Sugar Land, TX 77479-4322

Weycesr, Kaplan, Pulaski & Zuber, PC
11 Greenway Plaza, Ste. 1400
Houston, Texas 77046-1130

Whitney Leigh Wallace 1996 Sub-S Trust
Trustee Nancy Gollan
1634 Brookstone Lane
Sugar Land, TX 77479-1895

William & Kate Bush
Bush Family Living Trust
2518 Potomac Drive, Apt. C
Houston, TX 77057-4577

Youssef Boutrous
763 Windbreak Trail
Houston, TX 77079-4226

ZT Global
11233 Shadow Creek Parkway, Suite 300
Pearland, TX 77584-7345

ZT Wealth Development, L.P.
11233 Shadow Creek Parkway, Suite 300
Pearland, TX 77584-7367

Zeno Imaging
10688 Haddington Drive
Houston, TX 77043-3229

Zilker Capital, LLC
515 Congress Aveneue, Suite 1515
Austin, TX 78701-3515

David Gordon Wallace Jr.
1634 Brookstone Lane
Sugar Land, TX 77479-1895

Janet S Casciato-Northrup
Law Offices of Janet S. Northrup, P.C.
333 Clay St.
Suite 2835
Houston, TX 77002-2571

Arvest Bank
P.O. Box 799
Lowell, AR 72745

Internal Revenue Service
Insolvency Section
1919 Smith Street
Stop 5024 HOU
Houston, Texas 77002

Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, Texas 78714-9348