IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID GORDON WALLACE, JR., | § | CASE NO. 15-31594 |
| | § | (Chapter 7) |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE UNDER
BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE
PURSUANT TO BANKRUPTCY RULES 2002, 3017, 9007, AND 9013**

PLEASE TAKE NOTICE that. R. Dunn Family Trust, a creditor in the above reference bankruptcy case, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the following:

> Michael J. Durrschmidt
> Hirsch & Westheimer, P.C.
> 1415 Louisiana, 36th Floor
> Houston, Texas 77002
> TEL: 713-220-9165
> FAX: 713-223-9319
> E-MAIL: mdurrschmidt@hirschwest.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017, 9007, and 9013 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect the captioned proceeding.

PLEASE TAKE FURTHER NOTICE that T. R. Dunn Family Trust intends that neither this Entry of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the rights of T. R. Dunn Family Trust to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) the right of T. R. Dunn Family Trust to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (3) the right of T. R. Family Trust to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which T. R. Dunn Family Trust is entitled under agreements, in law or in equity.

Respectfully submitted this 8th day of May, 2015.

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
Michael J. Durrschmidt
Admissions No. 4720
State Bar No. 06287650
1415 Louisiana, 36th Floor
Houston, TX 77002
Telephone: (713) 220-9165
Telecopier: (713) 223-9319

ATTORNEYS FOR T. R. Dunn Family Trust

## Certificate of Service

      I hereby certify that on the 8th day of May, 2015, a copy of the foregoing Notice of Appearance was served via first class mail, postage prepaid, and/or by the Clerk of the Court via the ECF system to the parties listed below.

      /s/ Michael J. Durrschmidt
      Michael J. Durrschmidt

Janet S. Casciato-Northrup
333 Clay Street, Suite 2835
Houston, Texas 77002

Charles M. Rubio
Diamond McCarthy, LLP
909 Fannin St., Suite 1500
Houston, Texas 77010

Rodney D. Tow
2211 Rayford Road, Suite 111-238
Spring, Texas 77386

Nancy Holley
United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002