

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/14/2015

| | | |
|---|---|---|
| In re: | § § | |
| DAVID GORDON WALLACE, JR., | § § | Case No. 15-31594 |
| Debtor. | § § § | Chapter 7 |

## ORDER DENYING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY DIAMOND MCCARTHY, LLP AS GENERAL COUNSEL
[Doc. No. 25]

The Court has reviewed the above-referenced application. The Court finds that the application should be denied because it fails to provide the information required by *In re Bechuck*, 472 B.R. 371 (Bankr. S.D. Tex. 2012). By way of one example only, the application, and attachments, fail to provide any specific information about Charles M. Rubio and Alex Perez. The application lacks any discussion as to how often these two attorneys have undertaken the specific tasks for which the trustee now wants to employ these two attorneys. Accordingly, it is therefore:

ORDERED that the application is denied without prejudice to refiling so long as the trustee, in any subsequent application, provides sufficient information required by *Bechuck*.

Signed on this 13th day of May, 2015.

Jeff Bohm
United States Bankruptcy Judge