UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 15-31594 |
| | § | |
| DAVID GORDON WALLACE, JR., | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |
| | § | |

**ORDER FURTHER EXTENDING TRUSTEE'S TIME TO REJECT,
ASSUME, OR ASSUME AND ASSIGN EXECUTORY CONTRACTS**

UPON the Motion of Rodney D. Tow, chapter 7 trustee (the "Trustee") for the above-captioned debtor (the "Debtor") for the entry of an Order pursuant to 11 U.S.C. §365(d)(1), and Rules 6006 and 9006 of the Federal Rules of Bankruptcy Procedure, granting the Trustee an extension of time to reject, assume, or assume and assign executory contracts (the "Motion"); and the Court having found sufficient cause for the relief granted herein, the Motion is granted in part; and it is hereby:

ORDERED that, pursuant to 11 U.S.C. §365(d)(1), the date by which the Trustee must reject, assume, or assume and assign the executory contracts of the Debtor, including but not limited to the LLC company agreements and partnership agreements related to the LLCs and partnerships set forth on Exhibit A attached hereto, be and hereby is further extended through and including September 20, 2015; and it is further

ORDERED that the extension granted herein is without prejudice to the Trustee's right to seek further extensions, if necessary; and it is further

ORDERED that the Trustee reserves all respective rights and remedies with respect to any contract or agreement to which the Debtor is a party including without limitation (i) whether any contract or agreement is or is not an executory contract or how any such contract or

agreement should be construed or interpreted, (ii) whether any contract or agreement may be assumed or assumed and assigned by the Trustee under 11 U.S.C. §365, and (iii) what adequate assurance and cure would be required in the event of any assumption or assumption and assignment.

SIGNED this ___ day of _____, 2015.

                                                                                                 The Honorable Jeff Bohm,
United States Bankruptcy Judge

## EXHIBIT A

| Limited Liability Companies and Partnerships |
|---|
| Wallace Bajjali Realty Group, LLC |
| WB Murphy Road Development, LLC |
| Virginia Acquisitions, LLC |
| Blogging the Past, LLC |
| WBIF II GP, LLC |
| Creekmont Plaza Partners GP, LLC |
| Creekmont Plaza Partners, LP |