B6C (Official Form 6C) (4/13)

In re **David Gordon Wallace, Jr.**　　　　　　　　　　　Case No. **15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Real Property<br>Real Property located at 1634 Brookstone Lane, Sugar Land, Fort Bend County, Texas 77479.<br><br>Legal description: Greatwood Brooks Mill, Sec. 2, Block 2, Lot 5<br><br>2014 FBCAD Value: $259,670.00<br>Date Purchased: 06/02/2014<br><br>Mr. Wallace's home was appraised on 05/17/2014 and valued at $377,757.00.<br><br>*Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or proceeds. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $15,208.17 | $377,757.00 |
| Sectional Sofa | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Love Seat | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| (4) Side Chairs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Coffee Table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $15,533.17 | $378,082.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**                                Case No.   **15-31594-H4-7**
                                                                                    (If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bookcase | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| CD Player | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| Color Television | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| iPad | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| TV Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| (2) Lamps | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| Bench | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| Side Table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| Hutch | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| Art Table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| Xbox Console and Games | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| Small Telelvision | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| (3) Lamps | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| | | **$16,508.17** | **$379,057.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**　　　　　　　　　　　　　　Case No.　**15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Clock | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $5.00 | $5.00 |
| Small Table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $10.00 | $10.00 |
| Stove | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| Dishwasher | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Microwave Oven | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| (3) Small Appliances | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| (4) Pots and Pans | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Misc. Dishes and Glassware | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Misc. Flatware | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $10.00 | $10.00 |
| Sterling ware | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| (12) Piece Set of Crystal | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| (2) Tables and Chairs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $300.00 | $300.00 |
|  |  | **$17,858.17** | **$380,407.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **David Gordon Wallace, Jr.**　　　　　　　　　　　　　Case No.  **15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Buffet | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Misc. Utensils and Knives | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $215.00 | $215.00 |
| Bed | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| Chest | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| Night Stand | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| Clock | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $5.00 | $5.00 |
| (2) Lamps | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| Bench | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| Color Television | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| Bed | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Night Stand | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $10.00 | $10.00 |
| | | $19,083.17 | $381,632.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**　　　　　　　　　　　　　　Case No.　**15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Lamp | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $10.00 | $10.00 |
| Desk | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| Bed | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| (2) Tables | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Lamp | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $10.00 | $10.00 |
| Floor Lamp | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| Bed | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| Chest | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| Night Stand | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| Clock | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $5.00 | $5.00 |
| Lamp | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $5.00 | $5.00 |
| Mirror | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| | | **$19,693.17** | **$382,242.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**                                  Case No.   **15-31594-H4-7**
                                                                                 (If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Washer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| Dryer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| Misc. Garden tools | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Misc. Electric tools | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| (50) Misc. Towels and Linens | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| Misc. Toilette Articles | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| (10) Sheets Sets | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| (2) Office Desks | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| (2) Bookshelves | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| (2) Chairs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| (2) Computers | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| Printer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $15.00 | $15.00 |
| (2) Lamps | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $20.00 | $20.00 |
| | | **$21,233.17** | **$383,782.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**　　　　　　　　　　　　Case No. **15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 6*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (2) Cell Phones | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Rug | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| (25) Misc. Framed Art and Wall Accessories | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| (5) Pieces of Luggage | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| (2) Mirrors | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $60.00 | $60.00 |
| (104) Candlesticks and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $850.00 | $850.00 |
| (2) Sets of Patio Furniture | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $120.00 | $120.00 |
| Misc. Photos and Frames | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $120.00 | $120.00 |
| (6) Baskets | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| (5) Bicycles | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $400.00 | $400.00 |
| (12) Men's Suits | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $240.00 | $240.00 |
| (50) Men's Shirts | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $150.00 | $150.00 |
| (20) Pairs of Men's Pants and Shorts | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $100.00 | $100.00 |
| | | **$23,798.17** | **$386,347.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**   Case No. **15-31594-H4-7**
(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 7*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (20) Pairs of Men's Shoes | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $100.00 | $100.00 |
| (3) Men's Coats | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $50.00 | $50.00 |
| (5) Men's Sweaters | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $25.00 | $25.00 |
| (30) Men's Ties | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $60.00 | $60.00 |
| (20) Men's Athletic Apparel | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $60.00 | $60.00 |
| (25) Misc. Men's T-Shirts | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $50.00 | $50.00 |
| (10) Women's Dresses - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $50.00 | $50.00 |
| (2) Women's Suits - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $20.00 | $20.00 |
| (50) Women Blouses - [Wife's Separate Property] This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $150.00 | $150.00 |
| | | **$24,363.17** | **$386,912.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**                           Case No. **15-31594-H4-7**
                                                                       (If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 8*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (30) Pairs of Women's Pants - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $150.00 | $150.00 |
| (30) Pairs of Women's Shoes - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $90.00 | $90.00 |
| (4) Women's Coats - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $20.00 | $20.00 |
| (10) Women's Purses - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $80.00 | $80.00 |
| (20) Misc. Women's Scarves and Hats - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $60.00 | $60.00 |
| (15) Women's Skirts - [Wife's Separate Property]<br><br>This property is the separate property of the | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $45.00 | $45.00 |
| | | $24,808.17 | $387,357.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**  Case No. **15-31594-H4-7**
(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 9*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| non-filing spouse and is being listed for disclosure purposes only. | | | |
| (5) Belts - [Wife's Separate Property]  This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $15.00 | $15.00 |
| (10) Pairs of Women's Shorts - [Wife's Separate Property]  This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $30.00 | $30.00 |
| (5) Women's Formal Dresses - [Wife's Separate Property]  This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $50.00 | $50.00 |
| (25) Women's Athletic Apparel - [Wife's Separate Property]  This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $125.00 | $125.00 |
| (30) T-Shirts - [Wife's Separate Property]  This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $60.00 | $60.00 |
| Men's Watch | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $3,000.00 | $3,000.00 |
| | | **$28,088.17** | **$390,637.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**　　　　　　　　　　　　　Case No.　**15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 10*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Men's Wedding Ring | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $75.00 | $75.00 |
| (3) Pairs of Men's Cufflinks | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $150.00 | $150.00 |
| Women's Watch - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $250.00 | $250.00 |
| Women's Wedding Ring - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $1,000.00 | $1,000.00 |
| (2) Women's Necklaces - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $150.00 | $150.00 |
| Women's Ring - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $250.00 | $250.00 |
| Misc. Women's Costume Jewelry - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $350.00 | $350.00 |
| | | **$30,313.17** | **$392,862.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**  Case No. **15-31594-H4-7**
(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 11*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Camera - [Wife's Separate Property]<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| Camera Lens | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Term Life Insurance Policy<br>Midland National Life Insurance Company<br><br>Death Benefit: $1,000,000.00<br>Cash Value: $0.00<br>Beneficiary: Jennifer Wallace - [Wife]<br>Policy Holder: David Gordon Wallace Jr.<br><br>Acquired Date: March 10, 2014 | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| Term Life Insurance Policy<br>Midland National Life Insurance Company<br><br>Death Benefit: $1,000,000.00<br>Cash Value: $0.00<br>Beneficiaries: Kathy Wingo - [Ex-Wife], W.A. and J.W. - [Daughters]<br><br>Policy Holder: David Gordon Wallace Jr.<br>Acquired Date: May 28, 2014 | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| Term Life Insurance - [Wife's Separate Property]<br>New York Life Insurance Company<br><br>Death Benefit: $250,000.00<br>Cash Value: $0.00<br>Beneficiary: J.S. and R.S. - [Step-Son and Step-Daughter]<br>Policy Holder: Jennifer Wallace | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| | | **$30,663.17** | **$393,212.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Gordon Wallace, Jr.**　　　　　　　　　　　　　　　Case No. **15-31594-H4-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 6/3/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 12*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Acquired Date: February 23, 2006<br><br>*This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only.<br><br>2012 Toyota Camry SE - [Wife's Separate Property]<br>Estimated mileage: 39,722<br><br>NADA value: $13,925.00<br>Lienholder: Capital One Auto Finance<br>Lien value: $16,495.00<br><br>This property is the separate property of the non-filing spouse and is being listed for disclosure purposes only | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $0.00 |
| 2010 Buick Enclave<br>Estimated mileage: 55,000 miles | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $450.00 | $16,900.00 |
| Terrior Mix Dog | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $0.00 |
|  |  | **$31,113.17** | **$410,112.00** |