**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  David Gordon Wallace, Jr.
       Debtor

Case No.: 15−31594

Chapter:  7

---

**NOTICE OF FINANCIAL MANAGEMENT COURSE REQUIREMENT**

    As provided by 11 U.S.C. § 727(a)(11), the Court will not grant a discharge of debts in this case until Debtors complete an approved instructional course concerning personal financial management. Debtors must complete a financial management course and file proof of completion with the court by June 22, 2015 or this case will be closed without entry of discharge thirty days after the Trustee files a final report and account. Once the case is closed, Debtors will be required to pay a reopening fee in order to file the proof of course completion and receive a discharge.

    **NOTE: This financial management course requirement is in addition to the pre−bankruptcy credit counseling briefing under 11 U.S.C. § 109 (h).**

    A list of financial management course providers is maintained on the court's website: www.txs.uscourts.gov under bankruptcy court information, and on the United States Trustee's website: www.usdoj.gov/ust.

Date: June 5, 2015

                                          David J. Bradley
                                          Clerk of Court