IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID G. WALLACE, JR., | § | CASE NO. 15-31594-h4-7 |
|    Debtor | § | |
| | § | CHAPTER 7 |

**DAVID G. WALLACE, JR.'S RESPONSE TO BIZRADIO NOTEHOLDERS' EMERGENCY MOTION TO LIFT STAY TO SEEK RELIEF AND CLARIFICATION OF JUDGE ATLAS'S ORDER APPROVING SETTLEMENT AND ENTERING FINAL BAR ORDER AND INJUNCTION IN FEDERAL DISTRICT COURT ACTION**
(Relates to Docket No. 40)

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW David G. Wallace, Jr. ("Wallace"), the Debtor, and files this his Response to *Bizradio Noteholders' Emergency Motion to Lift Stay to Seek Relief and Clarification of Judge Atlas's Order Approving Settlement and Entering Final Bar Order and Injunction in Federal District Court Action* (Docket No. 40) (the "Motion") and shows:

1) Wallace submits this Response subject to FRCP 59 and 60(b) & (c).

2) Wallace admits Paragraph 1 of the Motion.

3) Wallace admits Paragraph 2 of the Motion.

4) Wallace denies Paragraph 3 of the Motion.

5) Wallace admits the first sentence of Paragraph 4 of the Motion. Wallace specifically denies the second sentence of Paragraph 4 of the Motion. Wallace admits the remainder of Paragraph 4 of the Motion

6) Paragraph 5 of the Motion speaks for itself and does not require a response.

7) The second Paragraph 5 of the Motion speaks for itself and does not require a response.

8) Wallace denies Paragraphs 6, 7, 8, 9, & 10 of the Motion.

## **FURTHER RESPONSES**

9) The Motion fails to meet the elements necessary under FRCP 59 and 60(b) & (c). It is not timely and must be denied.

10) The Movants lack standing.

11) The Receiver appointed by Judge Atlas has filed a Status Report, attached hereto as Exhibit "A," wherein in Section E. he details the reasons he also opposes the relief sought by Movants. Wallace submits that the Receiver is the only party in interest who may request relief in the Bizradio Noteholders' matter.

WHEREFORE, David G. Wallace, Jr. prays that the Motion be denied in its entirety, and for such other relief as is just.

Respectfully submitted,

HUGHES WATTERS ASKANASE LLP

By: _/s/ Wayne Kitchens_____
Wayne Kitchens, TBN: 11541110
wkitchens@hwa.com
Three Allen Center
333 Clay, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
**ATTORNEYS FOR DAVID G. WALLACE, JR.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Response to *Bizradio Noteholders' Emergency Motion to Lift Stay to Seek Relief and Clarification of Judge Atlas's Order Approving Settlement and Entering Final Bar Order and Injunction in Federal District Court Action* has been served by U.S. First Class Mail, postage prepaid and/or electronic transmission to all registered ECF users appearing in the case on this 5th day of June, 2015.

*/s/ Wayne Kitchens*
Wayne Kitchens

**Service List**
**Case No. 15-31594**

**Debtor**
David Gordon Wallace, Jr.
1634 Brookstone Lane
Sugar Land, TX 77479

**Debtor's Counsel**
Janet S. Casciato-Northrup
Law Offices of Janet S. Northrup, P.C.
333 Clay St., Suite 2835
Houston, TX 77002
*Via ECF: tsimpson@hwa.com*

**Chapter 7 Trustee**
Rodney D. Tow
Rodney Tow, PLLC
2211 Rayford Road, Ste. 111-238
Spring, TX 77386

**Chapter 7 Trustee's Counsel**
Charles M. Rubio
Diamond McCarthy, LLP
909 Fannin Street, Suite 1500
Houston, TX 77010
*Via ECF: crubio@diamondmccarthy.com*

**U.S. Trustee's Office**
Hector Duran
515 Rusk, Ste. 3516
Houston, TX 77002
*Via ECF: Hector.Duran.Jr@usdoj.gov*

Nancy Lynne Holley
515 Rusk St., Ste. 3516
Houston, TX 77002
*Via ECF: nancy.holley@usdoj.gov*

**Parties in Interest**
Preston T. Towber
The Towber Law Firm
6750 West Loop South, Ste. 920
Bellaire, TX 77401
*Via ECF: preston@towberlaw.com*

Joseph G. Epstein
Winstead PC
1100 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
*Via ECF: jepstein@winstead.com*

Ally Financial
P.O. Box 8104
Cockeysville, MD 21030

American Express
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

American International Alliance, LP
8108 Old Hixon Road
Tampa, FL 33626

Arvest Bank
P.O. Box 799
Lowell, AR 72745

BBVA Compass Bank
P.O. Box 77210
Houston, TX 77210

Bain & Barkley
14090 Southwest Freeway, Suite 450
Sugar Land, TX 77478

Capital One Bank (USA) N.A.
P.O. Box 30285
Salt Lake City, UT 84130

Charles Clements
P.O. Box 90661
Austin, TX 78709

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Service List
Case No. 15-31594

Cornerstone Home Lending
1177 West Loop South, Suite 200
Houston, TX 77027

Costa Bajjali
2911 Waters Lake Lane
Missouri City, TX 77459

David Spadafora
c/o Frost Bank
100 West Houston Street
San Antonio, TX 78205

David Wallace, Sr.
1 Bishop Gadsden Way, Cottage 21
Charleston, SC 29412

Dinesh Shah
One Sugar Lakes
4660 Sweetwater Blvd., Suite 300
Sugar Land, TX 77479

Financial Control Services
6801 Sanger Avenue, Suite 195
Waco, TX 76710

Fort Bend County Tax Office
1317 Eugene Heimann Circle
Richmond, TX 77469

Fullenweider Wilhite
4265 San Felipe Street, Suite 1400
Houston, TX 77027

Greatwood Homeowners Association
8802 Greatwood Parkway
Sugar Land, TX 77479

Hari Agrawal
Can Metals Limited
4800 Sugar Grove Blvd., Suite 475
Stafford, TX 77477

Internal Revenue Service
Insolvency Section
1919 Smith Street
Stop 5024 HOU
Houston, TX 77002

Kathy Wingo
14402 West Bellfort, Unit 212
Sugar Land, TX 77498

Kay Parker
Fitts Roberts
5718 Westheimer, Suite 800
Houston, TX 77057

Lamar Consolidated Independent School District
1317 Eugene Heimann Circle
Richmond, TX77469

Neal Jain
17 St. Peters Walk
Sugar Land, TX 77479

New Prime, Inc.
2740 N. Mayfair
Springfield, MO 65803

Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX 77002

Steven Bain
Steven Bain Law Offices
12620 Tesson Ferry Road, Suite 121
St. Louis, MO 63128

Thomas Schmidt
Schmidt Law Firm
7880 San Felipe, Ste. 210
Houston, TX 77063

ZT Global
11233 Shadow Creek Parkway, Suite 300
Pearland, TX 77854

**Service List**
**Case No. 15-31594**

**Parties Requesting Notice**
L. David Smith
Chernosky Smith et al
4646 Wild Indigo, Suite 110
Houston, TX 77027
*Via ECF:* smith@csrslaw.com

Stephanie Stigant
The Holoway Jones Law Firm PLLC
407 Julie Rivers Drive
Sugarland, TX 77478
*Via ECF:* litigation@jonesattorneys.com

Patrick L. Hughes
Haynes & Boone LLP
1221 McKinney, Suite 2100
Houston, TX 77010
*Via ECF:* hughesp@haynesboone.com

Jeffrey R. Cox
Sheehy Lovelace & Mayfield PC
510 N Valley Mills Dr., Ste. 500
Waco, TX 76710
*Via ECF:* jcox@slmpc.com

Robert G. Miller
O'Donnell Ferebee et al
450 Gears Rd., Ste. 800
Houston, TX 77067
*Via ECF:* rmiller@ofmklaw.com

Michael J Durrschmidt
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, TX 77002
*Via ECF:* mdurrschmidt@hirschwest.com

Mesa Asset Management, LLC
3016 Rice Blvd.
Houston, TX 77005-3050
*Via ECF:* strevino@nationwide.net

Compass Bank
P.O. Box 201347
Arlington, TX 76006