

ENTERED
06/09/2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-31594-H4-7 |
| DAVID G. WALLACE, JR., § | |
| § | |
| DEBTOR § | |

### AGREED ORDER LIFTING STAY TO ALLOW BIZRADIO NOTEHOLDERS' TO SEEK RELIEF AND CLARIFICATION OF JUDGE ATLAS'S ORDER APPROVING SETTLEMENT AND ENTERING FINAL BAR ORDER AND INJUNCTION IN FEDERAL DISTRICT COURT ACTION

CAME ON FOR HEARING on June 9, 2015, the Emergency Motion to Lift Stay To Seek Relief and Clarification of Judge Atlas's Order Approving Settlement and Entering Final Bar Order and Injunction entered on August 1, 2012 in Civil Action No. 4:09-cv-03674 in the United States District Court for the Southern District of Texas, Houston Division (the "District Court Action") filed by the BusinessRadio Note Holders set forth in Exhibit A attached hereto ("BusinessRadio Noteholders" or "Movants") (the "Motion"). Responses were filed by Thomas L. Taylor, Receiver (the "Receiver") and the Debtor. The Movants, the Debtor, the Receiver and the Trustee have agreed to entry of this Order granting limited relief from the automatic stay, on the terms and conditions set forth herein. Based on the agreement of the parties, it is hereby

ORDERED that the automatic stay is lifted/modified for the limited purpose of allowing the BusinessRadio Note Holders set forth in Exhibit A attached hereto to file pleadings in the District Court Action which seek to obtain relief, clarification and modification of the Bar Order (as defined in the Motion), which relief may include asking the District Court for permission to file proofs of claim in this bankruptcy case and to file and prosecute discharge actions against the Debtor in this bankruptcy case. The Receiver, Trustee, and the Debtor fully reserve all rights to contest any Motion filed by Movants in the District Court Action.

*The 14 day stay of this Order is waived.*

1

Dated: June 9, 2015.

_____
HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE:

AGREED AS TO FORM AND SUBSTANCE:


/s/ C. Thomas Schmidt
C. Thomas Schmidt
State Bar No. 00797386
Schmidt Law Firm, PLLC
7880 San Felipe, Suite 210
Houston, Texas 77063
firm@schmidtfirm.com
Telephone: (713) 568-4899
Facsimile: (815-301-9000
COUNSEL FOR THE BIZRADIO NOTEHOLDERS ON EXHIBIT A



By: /s/ Joseph G. Epstein
Joseph G. Epstein
Texas Bar No. 06639320
S.D. Tex. No. 11733
**WINSTEAD PC**
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 650-8400 (Telephone)
(713) 650-2400 (Facsimile)
COUNSEL FOR THOMAS L. TAYLOR,
COURT APPOINTED RECEIVER

DIAMOND McCARTHY LLP

By: /s/ *Charles M. Rubio*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
713) 333-5125
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
(713) 333-5127
909 Fannin, Suite 1500
Houston, Texas  77010
(713) 333-5100  Telephone
(713) 333-5195  Facsimile

PROPOSED COUNSEL TO RODNEY D.
TOW, CHAPTER 7 TRUSTEE


By: /s/ *Wayne Kitchens*
HUGHES WATTERS ASKANASE LLP
Wayne Kitchens, TBN: 11541110
wkitchens@hwa.com
Three Allen Center
333 Clay, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
**ATTORNEYS FOR DAVID G. WALLACE, JR.**

3

## EXHIBIT A

The following chart shows the names of the Priority Secured Noteholders and the amounts of their Secured Notes:

| Name: | Total Security Interest: | Exhibit No.: |
|---|---|---|
| Kohur Subramanian | 513,031.82 | 3 |
| JE Gauntt | 630,000.00 | 4 |
| Richard Kadlick | 400,000.00 | 5 |
| Philip & Alisa Jones | 165,000.00 | |
| Robert Ficks | 300,000.00 | 7 |
| Marcus Erickson | 298,000.00 | |
| Ronald Ellisor | 260,000.00 | 8 |
| Florence Reiley | 235,000.00 | 9 |
| James & Pat Stewart | 200,000.00 | 10 |
| John Willis | 200,000.00 | |
| Ray Warner | 200,000.00 | |
| George & Marene Tompkins | 200,000.00 | |
| Stephen Cook | 200,000.00 | 11 |
| Paul & Simona Williams | 140,000.00 | |
| Ed & Helena Gray | 125,000.00 | 12 |
| Paul & Simona Williams | 119,744.14 | 13 |
| Doug & Kay Shaffer | 100,000.00 | 14 |
| Kevin Deering | 100,000.00 | 15 |
| Larry Mullins | 100,000.00 | 16 |
| Martin Grosboll | 50,000.00 | 17 |

| Ramesh Konduri | 45,000.00 | 18 |
|---|---|---|
| Tim Koehl | 30,000.00 | 19 |
| Alisa K. Jones | 9,675.00 | 20 |
|  |  |  |
| TOTAL: | $4,620,450.96 |  |