Certificate Number: 12433-TXS-DE-025594545

Bankruptcy Case Number: 15-31594



12433-TXS-DE-025594545

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2015, at 10:16 o'clock AM CDT, David Wallace, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: May 23, 2015

By: /s/Laura Gannon

Name: Laura Gannon

Title: Teacher