**STEVEN C. BAIN**
Attorney at Law
12620 Lamplighter Square
St. Louis, Missouri  63128
stevenbain@stevenbainlaw.com



Licensed in Missouri & Illinois

(314) 894-8700
fax   (314) 525-7156

June 2, 2015

Clerk of the Bankruptcy Court
Southern District of Texas
POBox 61010
Houston, TX  77208

Re:  David G Wallace, Jr., 15-31594-H4-7

Dear Sir:

I am getting a lot of mail in the above-reference case, from the Court, from Debtor's counsel, and most recently from Creditors' counsel.

Shortly after the case was filed I wrote Debtor's counsel suggesting the name and address of another Steven Bain, an attorney who has offices in southern Texas.

It is little burden for me to continue to discard mail received in this case.  As a bankruptcy practitioner, I think it is a shame that the rights and obligations of the parties in the case may be affected by a matter as simple as an incorrect address.

However, I cannot take responsibility for those rights and obligations.  Please feel free to forward this letter wherever you think it may be useful, or even file it in the case under the Correspondence event.

Very truly yours,

Steven C. Bain