UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/17/2015

| | § | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID GORDON WALLACE, JR. | § | Case No. 15-31594 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| | § | |

### ORDER AUTHORIZING EMPLOYMENT OF DIAMOND MCCARTHY LLP AS GENERAL COUNSEL TO THE TRUSTEE
(38)

The Court, having considered the Amended Application of Rodney D. Tow, Chapter 7 Trustee, for Authority to Employ Diamond McCarthy LLP, as General Counsel to the Trustee (the "Application"), finds that notice of the Application was appropriate and in accordance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and based on the law and facts set forth in the Application, the evidence presented, and the record in this case, the Court finds that the relief requested in the Application is in the best interest of the Trustee, the creditors and the Debtor's estate, and therefore should be GRANTED, accordingly, it is hereby:

ORDERED that the Trustee is authorized to employ Diamond McCarthy LLP as general counsel for the estate, according to the terms set forth in the Application and the Engagement Agreement (a copy of which is attached as Exhibit A to the Application and fully incorporated herein as if fully set forth), effective as of April 9, 2015; and it is further

ORDRERED that the hourly rates of Diamond McCarthy LLP's professionals as set forth in **Exhibit 1** attached hereto will not be increased without an express order from the Court; and it is further

ORDERED that any and all compensation to Diamond McCarthy shall be subject to approval by this Court under 11 U.S.C. § 330.

SIGNED this 16th day of June, 2015.

*[signature: Jeff Bohm]*

The Honorable Jeff Bohm,
United States Bankruptcy Judge

# EXHIBIT 1

| Billing Attorney | Hourly Billing Rate |
|---|---|
| Kyung S. Lee | $650.00 |
| Charles M. Rubio | $365.00 |
| Alexander R. Perez | $265.00 |