Case 15-31594   Document 96   Filed in TXSB on 07/02/15   Page 1 of 1
Case 15-31594   Document 66-1   Filed in TXSB on 06/11/2015   Page 1 of



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/02/2015

IN RE: §
DAVID GORDON WALLACE, JR. § CASE NO. 15-31594
  Debtor §
 §

### ORDER GRANTING UNOPPOSED MOTION OF NSJS, LIMITED PARTNERSHIP FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO PROCEED WITH APPEAL

Relates to Docket No. 66

Upon consideration of the Motion for Relief From the Automatic Stay, 11 USC § 362 filed by NSJS Limited Partnership, the Court finds that cause exists for granting the relief requested. It is therefore

**ORDERED** that the automatic stay provisions of 11 USC § 362 are hereby lifted and that NSJS Limited Partnership may proceed with the appeal pending in *In re: Waco Town Square Partners, LP et al., Debtor v. NSJS Limited Partnership, Appellant* Case No. 4:15cv485, pending in the United States District Court for the Southern District of Texas, Houston Division to final order.

Signed: 7/2/2015

UNITED STATES BANKRUPTCY JUDGE