UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31594 |
| | § | |
| DAVID GORDON WALLACE, JR., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher R. Murray with the law firm Diamond McCarthy LLP hereby enters his appearance on behalf of Rodney D. Tow, the Chapter 7 Trustee assigned to the above-referenced case, pursuant to Federal Rule of Bankruptcy Procedure 9010(b).

Dated:  August 25, 2015.

Respectfully submitted,

DIAMOND MCCARTHY, LLP

By: */s/ Christopher R. Murray*
Christopher R. Murray
Texas Bar No. 24081057
S.D. Tex. Bar No. 1305742
cmurray@diamondmccarthy.com
909 Fannin, Suite 1500
Houston, Texas  77010
(713) 333-5100  Telephone
(713) 333-5195  Facsimile

COUNSEL TO RODNEY D. TOW,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 25th day of May, 2015.

*/s/ Christopher R. Murray*
Christopher R. Murray