UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **DAVID GORDON WALLACE, JR.,** | § | CASE NO. 15-31594 |
| | § | |
| DEBTOR. | § | (CHAPTER 7) |
| | § | |

ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
VIRGINIA ACQUISITIONS, LLC AND BILL EWING TO PRODUCE
DOCUMENTS AND FOR CONTEMPT SANCTIONS
[Related to Dkt. No. 125]

UPON CONSIDERATION of the Chapter 7 Trustee's Motion to Compel Virginia Acquisitions, LLC and Bill Ewing to Produce Documents and For Contempt Sanctions [Dkt. No. 125] (the "Motion") filed by Rodney D. Tow (the "Trustee"), Chapter 7 trustee for David Gordon Wallace, Jr. (the "Debtor"); and the Court having heard the testimony of Charles Rubio, counsel to the Trustee, in support of the Motion; and Court having found Mr. Rubio's testimony to be credible; the Court having the inherent authority as an Article I court and under section 105(a) of the United States Bankruptcy Code to compel compliance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; notice of the Motion having been proper and sufficient under the circumstances; and based on the record in this case and for good cause appearing, it is hereby ORDERED THAT:

1. The Motion is granted.

2. Virginia Acquisitions, LLC and its member, Bill Ewing, are in contempt for failure to respond timely to the document requests in the Notice of Rule 2004 Examination of Virginia Acquisitions, LLC [Dkt. 95] ("Request for Production") pursuant to Federal Rule of Bankruptcy Procedure 2004 which was served on Virginia Acquisitions, LLC, by service upon

its registered agent, Spenserv-Springfield, Inc., at 3529 East Ridgeview Street, Springfield, MO 65804, by sending a copy of the Request for Production to Spenserv-Springfield, Inc. by first class mail on July 1, 2015.

3. Virginia Acquisitions, LLC and its member, Bill Ewing, shall immediately produce all documents in each and every category requested in the Request for Production.

4. Sanctions shall accrue at the rate of one hundred dollars ($100.00) per calendar day, beginning on August 29, 2015, for each calendar day that Virginia Acquisitions, LLC and its member, Bill Ewing, have failed to comply with and respond fully to the Request for Production.

5. A status hearing shall be held on **September 8, 2015, at 11:00 am**, in this Court, at which time the Trustee shall report on the status of Virginia Acquisitions, LLC's and Bill Ewing's compliance with this Order, and the Court shall at that hearing consider whether additional sanctions are appropriate.

6. The Court shall retain jurisdiction to enforce this Order.

SIGNED this ___ day of _____, 2015.

                                                      **Jeff Bohm**
                                                      **U.S. Bankruptcy Judge**