

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/08/2015

| | | |
|---|---|---|
| In re: | § § | |
| DAVID GORDON WALLACE, JR., | § § | CASE NO. 15-31594 |
| DEBTOR. | § § § | (CHAPTER 7) |

ORDER ON CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
TASEER A. BADAR TO PRODUCE DOCUMENTS AND FOR
CONTEMPT SANCTIONS
[Related to Dkt. No 126]

UPON CONSIDERATION of the Chapter 7 Trustee's Motion to Compel Taseer A. Badar to Produce Documents and For Contempt Sanctions [Dkt. No. 126] (the "Motion") filed by Rodney D. Tow (the "Trustee"), Chapter 7 trustee for David Gordon Wallace, Jr.; and the response filed by Mr. Badar, and the record at the hearing on the Motion, and based on the representations of counsel for the Trustee and Mr. Badar that Mr. Badar has satisfactorily complied with his obligations to respond to the Trustee's requests for the production of documents as described in the Motion, it is hereby ORDERED that the Motion is deemed withdrawn as moot.

SIGNED this 8th day of Sept., 2015.

Jeff Bohm
U.S. Bankruptcy Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

_____
C. Thomas Schmidt
State Bar No. 00797386
Schmidt Law Firm, PLLC
7880 San Felipe, Suite 210
Houston, Texas 77063
Telephone: (713) 568-4899
Facsimile: (815)-301-9000
ATTORNEY IN CHARGE FOR
TASEER BADAR