

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/10/2015

| | |
|---|---|
| In re: § | |
| § | |
| DAVID GORDON WALLACE, JR., § | CASE NO. 15-31594 |
| § | |
| DEBTOR. § | (CHAPTER 7) |
| § | |

SUPPLEMENTAL ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
TO COMPEL VIRGINIA ACQUISITIONS, LLC AND BILL EWING TO
PRODUCE DOCUMENTS AND FOR CONTEMPT SANCTIONS
[Related to Dkt. No. 132]

On September 8, 2015, the Court held a status conference on the Order [Dkt. No. 132] (the "Order") granting the motion [Dkt. No. 125] of Rodney D. Tow (the "Trustee"), Chapter 7 trustee for David Gordon Wallace, Jr. (the "Debtor") to compel Virginia Acquisitions, LLC and Bill Ewing to produce the documents requested in the Notice of Rule 2004 Examination of Virginia Acquisitions, LLC [Dkt. 95] ("Request for Production") and a hearing to consider whether additional sanctions for contempt are appropriate; and the Court having heard the testimony of Charles Rubio, counsel to the Trustee, that the Order has not been complied with; and a copy of the Order was served on September 1, 2015 by email to Richard Walters at rwalters@spencerfane.com and Bill Ewing at bill_ewingjr@ewingcc.com and by U.S. Mail on Spenserv-Springfield, Inc. at 3529 East Ridgeview Street, Springfield, MO 65804, the registered agent for Virginia Acquisitions, LLC; and the Court having found that Virginia Acquisitions, LLC and Bill Ewing, a member of Virginia Acquisitions, LLC, continue to be in contempt of the Order for failure to respond to the Request for Production and refusal to comply with the Order; and the Court finding that the Trustee is hampered from doing his job as a result of the failure to respond to the Request for Production; and the Court having the inherent authority as an Article I

court and under section 105(a) of the United States Bankruptcy Code to compel compliance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and based on the record in this case and for good cause appearing, it is hereby ORDERED THAT:

1. Virginia Acquisitions, LLC and its member, Bill Ewing, shall immediately produce all documents in each and every category requested in the Request for Production.

2. Sanctions shall accrue at the rate of three hundred dollars ($300.00) per calendar day, beginning on September 9, 2015, for each calendar day that Virginia Acquisitions, LLC and its member, Bill Ewing, have failed to comply with and respond fully to the Request for Production.

3. A status hearing shall be held on **September 22, 2015, at 11:00 am**, in this Court, at which time the Trustee shall report on the status of Virginia Acquisitions, LLC's and Bill Ewing's compliance with this Order, and the Court shall at that hearing consider whether additional sanctions are appropriate.

4. The Court shall retain jurisdiction to enforce this Order.

SIGNED this 9th day of Sept., 2015.

Jeff Bohm
U.S. Bankruptcy Judge

```
                           United States Bankruptcy Court
                             Southern District of Texas
In re:                                                                Case No. 15-31594-jb
David Gordon Wallace, Jr.                                             Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0541-4          User: vatt                  Page 1 of 2          Date Rcvd: Sep 11, 2015
                              Form ID: pdf002             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
db             +David Gordon Wallace, Jr.,    1634 Brookstone Lane,    Sugar Land, TX 77479-1895
cr             +Certain of the BusinessRadio Noteholders,    c/o Schmidt Law Firm PLLC,
                 7880 San Felipe Suite 210,    Houston, Tx 77063-1631
cr             +Charles Clements,   PO Box 90661,    Austin, TX 78709-0661
cr             +Community Bank & Trust, Waco, Texas,    P O Box 2303,   Waco, TX 76703-2303
cr             +Compass Bank,   P.O. BOX 201347,    ARLINGTON, TX 76006-1347
cr             +Frost Bank,   c/o L. David Smith,    Chernosky, Smith, Ressling & Smith, PLLC,
                 4646 Wild Indigo, Suite 110,    Houston, Tx 77027-7190
cr             +LoweryBank, a division of Huntington State Bank,    c/o The Holoway Jones Law Firm, PLLC,
                 407 Julie Rivers Drive,    Sugar Land, Tx 77478-3181
intp           +NSJS Limited Partnership,    3201 MacArthur,   Waco, TX 76708-1735
cr             +T. R. Dunn Family Trust,    c/o Michael J. Durrschmidt,    Hirsch & Westheimer, PC,
                 1415 Louisiana, 36th Floor,    Houston, TX 77002-7360
cr             +Taseer Badar,   7880 San Felipe,    Suite 210,   Houston, Tx 77063-1631,    UNITED STATES
acc           ++WILLIAM G WEST P C CPA,    12345 JONES ROAD,    SUITE 214,    HOUSTON TX 77070-4959
                (address filed with court:  William G West PC CPA,    12345 Jones Rd,    Suite 214,
                 Houston, TX  77070)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: strevino@nationwide.net Sep 11 2015 21:11:13     Mesa Asset Management, LLC,
                 3016 Rice Blvd.,   Houston, TX  77005-3050
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Brian Stanley
cr              Bryan Stanley
cr              Certain Noteholders/Investors,    c/o Schmidt Law Firm PLLC
cr              Stonehenge Companies LLC
cr              Thomas L. Taylor
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2015 at the address(es) listed below:
              Charles M. Rubio    on behalf of Trustee Rodney D Tow crubio@diamondmccarthy.com,
               lsimon@diamondmccarthy.com
              Charles Thomas Schmidt    on behalf of Creditor Taseer  Badar firm@schmidtfirm.com
              Christopher R Murray    on behalf of Trustee Rodney D Tow cmurray@diamondmccarthy.com,
               mjackson@diamondmccarthy.com;jsauceda@diamondmccarthy.com
              David W Anderson    on behalf of Interested Party   NSJS Limited Partnership dwanderson@ralaw.net,
               dwanderson@swbell.net
              Hector  Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Janet S Casciato-Northrup    on behalf of Debtor David Gordon Wallace, Jr. tsimpson@hwa.com
              Jeffrey R Cox    on behalf of Creditor   Community Bank & Trust, Waco, Texas jcox@slmpc.com
              Joseph G Epstein    on behalf of Creditor Thomas L. Taylor jepstein@winstead.com,
               pschneller@winstead.com;deierdam@winstead.com
              L David Smith    on behalf of Creditor   Frost Bank smith@csrslaw.com
              Michael J Durrschmidt    on behalf of Creditor   T. R. Dunn Family Trust
               mdurrschmidt@hirschwest.com, bhowell@hirschwest.com;lnguyen@hirschwest.com
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
              Patrick L Hughes    on behalf of Creditor   Stonehenge Companies LLC hughesp@haynesboone.com
              Peter  Johnson    on behalf of Creditor Bryan  Stanley pjohnson@pjlaw.com,  msawyer@pjlaw.com
```

```
District/off: 0541-4          User: vatt               Page 2 of 2              Date Rcvd: Sep 11, 2015
                              Form ID: pdf002          Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter   Johnson     on behalf of Creditor Brian   Stanley pjohnson@pjlaw.com,  msawyer@pjlaw.com
              Preston T Towber    on behalf of Creditor   Certain Noteholders/Investors preston@towberlaw.com
              Preston T Towber    on behalf of Creditor   Certain of the BusinessRadio Noteholders
               preston@towberlaw.com
              Robert G Miller    on behalf of Creditor Brian   Stanley rmiller@ofmklaw.com
              Rodney D Tow    on behalf of Trustee Rodney D Tow
               RT@trustesolutions.net;jwarren@rtowtrustee.com;rodneytow@outlook.com;RT@trustesolutions.com
              Rodney D Tow
               RT@trustesolutions.net;jwarren@rtowtrustee.com;rodneytow@outlook.com;RT@trustesolutions.com
              Stephanie   Stigant    on behalf of Creditor   LoweryBank, a division of Huntington State Bank
               litigation@jonesattorneys.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Wayne   Kitchens    on behalf of Debtor David Gordon Wallace, Jr. jwk@hwallp.com,  scastillo@hwa.com
                                                                                                    TOTAL: 22
```