IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID G. WALLACE, JR., | § | CASE NO. 15-31594-h4-7 |
| Debtor | § | |
| | § | CHAPTER 7 |

## COUNSEL'S STATEMENT PURSUANT TO 11 USC § 329

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Hughes Watters Askanase, LLP, ("HWA") by and through the undersigned counsel, and files this Statement Pursuant to 11 USC § 329, and shows:

1) HWA has been retained as litigation counsel to advise and defend the Debtor in filed and contemplated discharge and dischargeability actions.

2) HWA has been paid a $5,000.000 retainer for such services.

3) The source of such retainer was the Debtor's parents.

4) HWA will in all likelihood require and receive additional funds necessary to maintain such services. Any further funds will also be disclosed.

WHEREFORE, HWA prays that the Court take notice of this Statement, and for such other relief as is just.

> Respectfully submitted,
>
> HUGHES WATTERS ASKANASE LLP
>
> */s/ Wayne Kitchens*
> Wayne Kitchens, TBN: 11541110
> wkitchens@hwa.com
> Three Allen Center
> 333 Clay, 29th Floor
> Houston, Texas  77002
> (713) 759-0818 Telephone
> (713) 759-6834 Facsimile
> **ATTORNEYS FOR DAVID G. WALLACE, JR.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Statement Pursuant to 11 USC § 329 has been served by U.S. First Class Mail, postage prepaid and/or electronic transmission to all registered ECF users appearing in the case on this 28th day of September, 2015.

> */s/ Wayne Kitchens*
> Wayne Kitchens