## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| **DAVID G. WALLACE, JR.** | § | **Case No. 15-31594-H4-7** |
| **Debtor** | § | |
| | § | |
| | § | **Chapter 7** |
| **RONALD ELLISOR,** *et al* | § | |
| **Plaintiffs** | § | |
| | § | **Adversary No.  15-03241** |
| **v.** | § | |
| | § | |
| **DAVID G. WALLACE, JR.** | § | |
| **Defendant** | § | |

## <u>ORDER REGARDING MOTION TO DISMISS</u>

The Court considered Defendant's Motion to Dismiss, the Response thereto, and the argument of counsel.  Defendant's Motion to Dismiss is DENIED.

_____
Hon. Jeff Bohm
U.S. Bankruptcy Judge