David Gordon Wallace Jr.
aka Dave Wallace

1634 Brookstone Lane
Sugar Land, TX 77479

Case Number: 15-31594

15-31594

FILED
DEC 07 2015
David J. Bradley, Clerk of Court

)Chapter: 7

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE February 1, 2016

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208

David J. Bradley
Clerk of Court

Filed: October 29, 2015

Trustee: Rodney D Tow

*Please send form that I will need to file claim*

*Thank You*

*Barbara Ploetz*

002114

80304002116014

BARBARA PLOETZ
3013 DIANNE DR.
MIDDLETON, WI. 53562

(sorry about poor copy.)

United States Bankruptcy Court
P.O. Box 61010
Houston, Texas
77208

Attn:
David Bradley