IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-31594-H4-7 |
| DAVID G. WALLACE, JR., § | |
| § | |
| DEBTOR § | |

**NOTICE OF RULE 2004 EXAMINATION OF DEBTOR DAVID G. WALLACE, JR**

To: David G. Wallace, Jr., by and through his attorney of record Wayne Kitchens, Hughes, Watters & Askanase LLP, 1401 Louisiana, Suite 2800, Houston, Texas 77002.

PLEASE TAKE NOTICE that, in accordance with Federal Rules of Bankruptcy Procedure 2004 and 9016, notice is hereby given that the parties set forth on the attached Exhibit A and incorporated herein for all purposes (the "Ellisor Plaintiffs"), by agreement with the Deponent, intend to take the Rule 2004 Examination of David Wallace on Wednesday, February 3, 2016 to begin at 9:30 A.M. on said day, stenographically before a certified court reporter on the acts, conduct, finances, assets, liabilities and financial condition of the Debtor and any entities in which the Debtor has an interest, or had an interest, either directly or indirectly, in the last 6 years. The examination shall continue from day to day until completed. The place of the taking of said deposition shall be in the offices of Hughes Watters & Askanase LLP, 1401 Louisiana, Suite 2800, Houston, Texas 77002. You are invited to attend and cross examine the witness.

DATED: January 27, 2016

1

Respectfully submitted,

  /s/ C. Thomas Schmidt_____
C. Thomas Schmidt
State Bar No. 00797386
Schmidt Law Firm, PLLC
7880 San Felipe, Suite 210
Houston, Texas 77063
Telephone: (713) 568-4899
Facsimile: (815-301-9000
ATTORNEY IN CHARGE FOR THE ELLISOR
PLAINTIFFS LISTED ON EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2016, a true and correct copy of the foregoing NOTICE OF RULE 2004 EXAMINATION OF DEBTOR DAVID G. WALLACE, JR. was served on the parties listed below either electronically by the Court's ECF system or by first class mail, postage prepaid.

**Debtor**
David G. Wallace, Jr.
1634 Brookstone Lane
Sugar Land, TX 77479

**Debtor's Counsel:**
Wayne Kitchens
Hughes, Watters & Askanase LLP
1401 Louisiana, Suite 2800
Houston, Texas 77002

/s/ C. Thomas Schmidt_____