IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31594-H4-13 |
| | § | |
| David Gordon Wallace, Jr. | § | |
| Debtor(s) | § | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND PLEADINGS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The undersigned is Counsel for Kathryn Wallace ("Claimant"), a creditor and party in interest in the above-styled case, and herby gives notice of appearance in this case on Claimant's behalf. Claimant requests that copies of all motions, pleadings, orders, proposed orders, schedules, and/or statement of financial affairs be sent to:

Kathryn Wallace
c/o Clinton F. Brown
Roberts Markel Weinberg Butler Hailey PC
2800 Post Oak Boulevard, Suite 5777
Houston, Texas 77056

Claimant further requests that the Clerk of the above-named Court mail to the above attorney copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rules 2002, 3007, 3008, 3017(a), 4001, 4004, 6007, 7005, 9010(b), 9014 or otherwise, and specifically, but without limitation, request is hereby made that all orders, notices, applications, complaints, demands, motions, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telefax, facsimile, email or otherwise, which affects the Debtor or the property of the Debtor be given, sent or served to the above attorneys.

DATED: June 22, 2016

        Respectfully submitted,

        Roberts Markel Weinberg Butler Hailey PC

        */s/ Clinton F. Brown*
        CLINTON F. BROWN
        Texas State Bar No. 24063732
        Federal No.: 1063711
        2800 Post Oak Blvd, Suite 5777
        Houston, Texas 77056
        Email: Bankruptcy@rmwbhlaw.com
        Telephone: (713) 780-4135
        Fax: (713) 840-9404

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties of interest via U.S. regular mail, postage prepaid, and/or via electronic file notification by the Clerk of the Court on this May 13, 2016.

        */s/ Clinton F. Brown*
        CLINTON F. BROWN

| | |
|---|---|
| Frost Bank<br>c/o: L. David Smith<br>4646 Wild Indigo, Suite 110<br>Houston, Texas 77027<br>smith@csrslaw.com | R. Dunn Family Trust<br>c/o: Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>1415 Louisiana, 36th Floor<br>Houston, Texas 77002 |
| LoweryBank<br>c/o: Stephanie J. Stigant<br>The Holoway Jones Law Firm, P.L.L.C.<br>407 Julie Rivers Drive<br>Sugar Land, Texas 77478 | Mesa Asset Management, LLC<br>c/o: Stephen Trevino<br>3016 Rice Blvd<br>Houston, Texas 77005<br>strevino@nationwide.net |
| Stonehenge Companies, LLC<br>c/o: Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Compass Bank Department<br>c/o: Marian Garza<br>Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006<br>ecfnotices@ascensioncapitalgroup.com |
| Brian Stanley<br>c/o: Robert G. Miller<br>O'Donnell, Ferebee & Frazer, PC<br>450 Gears Rd., Eighth Floor<br>Houston, TX 77067<br>rmiller@ofmflaw.com | NSJS Limited Partnership<br>c/o: David W. Anderson<br>Law Office of David W. Anderson<br>3730 Kirby, Suite 1200-309<br>Houston, Texas 77098<br>dwanderson@ralaw.net |

Bryan Stanley
c/o: Peter Johnson
Law Office of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, Texas 77046
pjohnson@pjlaw.com

Rodney D. Tow
c/o: Charles M. Rubio and Christopher R. Murray
Diamond McCarthy LPP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
crubio@diamondmccarthy.com