January 12, 2018

Honorable Jeff Bohm
United States Bankruptcy Court
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED

JAN 22 2018

David J. Bradley, Clerk of Court

Re: Case 15-31594 (David Gordon Wallace, Jr. – Bankruptcy)

Clerk of the Court,

I previously provided proof of my holdings with David Wallace (Wallace Bajjali Development Partners) to the Bankruptcy Court on January 16, 2016. It does not appear that any of these investments were properly secured as I was originally led to believe by David Wallace and his partner Costa Bajjali. I had holdings in both real estate notes and the LFW Fund with them. When I ask about the status of my holdings, I received the following email message from Trustee Rodney Tow (January 11, 2017): "At this point I believe there will be no funds distributed to unsecured creditors and I'm pretty sure that situation won't change."

All of my holdings were in IRA's so at some point I need an official confirmation from the court that my holdings have no value so that I can provide this information to the Internal Revenue Service regarding their demand for my "Required Minimum Distributions" (RMD).

Sincerely,

*John M. Dosier* (signature)
John M. Dosier
10 Heartleaf Court
The Woodlands, TX 77381