**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 15-31594 |
| DAVID GORDON WALLACE, JR, | Chapter 7 |
| Debtor. | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY**
**PARKINS LEE & RUBIO LLP AS HIS SPECIAL COUNSEL**

The Court, having considered the *Trustee's Application To Employ Parkins Lee & Rubio LLP as His Special Counsel* (the "Application"),[1] finds that notice of the Application was appropriate and in accordance with the Bankruptcy Code and the Bankruptcy Rules, and that based on the law and facts set forth in the Application and the record in this case, the Court finds that the relief requested in the Application is in the best interests of the Trustee, the Debtor's estate, and its creditors and therefore should be GRANTED. Accordingly, it is hereby:

1. ORDERED, in accordance with section 327(a) of the Bankruptcy Code, the Trustee is authorized to employ and retain Parkins Lee & Rubio LLP ("PLR") *nunc pro tunc* effective August 1, 2020, as his special counsel, under the terms set forth in the Engagement Letter; it is further

2. ORDERED, in accordance with section 328 of the Bankruptcy Code, the terms of compensation set out in the Engagement Letter are approved; it is further

3. ORDERED the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Application.

2

Dated: _____, 2021
      Houston, Texas

 

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE